| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Sebastian Habib, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3952786** | |
| 4. | **Debtor's address** | **Principal place of business**  **5041 Towne Lake Hills N**  **Woodstock, GA 30189**  Number, Street, City, State & ZIP Code  **Cherokee**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Sebastian Habib, LLC**      Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Sebastian Habib, LLC** _____  Case number (*if known*)_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   **Sebastian Habib, LLC**_____   Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Sebastian Habib, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 6, 2025**
MM / DD / YYYY

X **/s/ Mohammad Hariri**          **Mohammad Hariri**
Signature of authorized representative of debtor          Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Adam E. Ekbom**          Date **January 6, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Adam E. Ekbom**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**          Email address  **info@joneswalden.com**

**919724 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sebastian Habib, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express c/o Stephen Squeri, CEO 115 W Towne Ridge Pkwy Sandy, UT 84070 | | Credit card | | | | $5,500.00 |
| C T Corporation System, as rep 330 N. Brand Blvd, Suite 700 Attn: SPRS Glendale, CA 91203 | | | | Unknown | $0.00 | Unknown |
| Corporation Service Company as Representative P.O. Box 2576 Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| Corporation Service Company as Representative P.O. Box 2576 Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| Corporation Service Company as Representative P.O. Box 2576 Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| Investa Services LLC 1266 West Paces Ferry Road #517 Atlanta, GA 30327 | | (6580 Woodford Rd) Assignment of FiFa recorded at Lien Book 5829, Page 294 | | | | $267.64 |

Debtor  **Sebastian Habib, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Investa Services LLC**<br>**1266 West Paces Ferry Road**<br>**#517**<br>**Atlanta, GA 30327** | | **(6580 Woodford Rd) Assignment of FiFa recorded at Lien Book 5829, Page 293** | | | | $1,143.22 |
| **Mahvash Hariri**<br>**5041 Towne Lake Hills N**<br>**Woodstock, GA 30189** | | **Loan** | | | | $51,000.00 |
| **National Funding, Inc.**<br>**4380 La Jolla Village Drive**<br>**San Diego, CA 92122** | | | | Unknown | $0.00 | Unknown |
| **Norris Lake Comm Benefits Corp**<br>**c/o OneWealth Prop. Mnmgt, LLC**<br>**8320 Norris Lake Road**<br>**Snellville, GA 30039** | | **950 Lake Dr, Snellville, GA 30039** | | $1,032.60 | $230,000.00 | $1,032.60 |
| **Sweetwater Valley Condo. Assc.**<br>**c/o Lueder Larkin & Hunter LLC**<br>**5900 Windward Parkway Ste 390**<br>**Alpharetta, GA 30005** | | | | | | $5,748.97 |
| **U.S. Small Business Admin.**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | | | | Unknown | $0.00 | Unknown |
| **White Road Capital LLC**<br>**10 W 37th Street RM 602**<br>**New York, NY 10018** | | | **Unliquidated Disputed** | | | $25,000.00 |
| **Wilmington Savings Fund Scty FSB as Trustee c/o Fay Srvcng**<br>**425 S Financial Pl, Suite 2000**<br>**Chicago, IL 60605** | | **950 Lake Dr, Snellville, GA 30039** | | $265,000.00 | $230,000.00 | $35,000.00 |

American Express
c/o Stephen Squeri, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070


BSI
314 S. Franklin Street
Titusville, PA 16364


C T Corporation System, as rep
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203


Cherokee County Tax Comm
2780 Marietta Hwy
Canton, GA 30114


Churchill Funding I, LLC
1800 Camden Road
Suite 107-254
Charlotte, NC 28203


Cobb County Tax Commissioner
736 Whitlock Avenue
Suite 200
Marietta, GA 30064


Corporation Service Company
as Representative
P.O. Box 2576
Springfield, IL 62708


Fay Servicing, Inc.
1601 LBJ Freeway
Suite 150
Farmers Branch, TX 75234

```
Fulton Co. Tax Commissioner
141 Pryor St
Suite 1018
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division, ARCS BK
1800 Century Blvd, NE, #9100
Atlanta, GA 30345


Goldman Sachs Mortgage Comp.
2001 Ross Avenue
Suite 2800
Dallas, TX 75201


Gwinnett Co. Tax Commissioner
PO Box 372
Lawrenceville, GA 30046


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308


Investa Services LLC
1266 West Paces Ferry Road
#517
Atlanta, GA 30327


Lima One Capital, LLC
201 East McBee Avenue
Suite 300
Reston, VA 20195
```

Mahvash Hariri
5041 Towne Lake Hills N
Woodstock, GA 30189


Mortgage Electr. Reg. Systems
PO Box 2026
Flint, MI 48501


National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122


Norris Lake Comm Benefits Corp
c/o OneWealth Prop. Mnmgt, LLC
8320 Norris Lake Road
Snellville, GA 30039


Robertson, Anschutz Schneid
13010 Morris Road
Suite 450
Alpharetta, GA 30004


Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071


Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603


SPS SelectPortfolio Srvcng Inc
PO Box 65250
Salt Lake City, UT 84165


Sweetwater Valley Condo. Assc.
c/o Lueder Larkin & Hunter LLC
5900 Windward Parkway Ste 390
Alpharetta, GA 30005

```
Toorak Capital Partners, LLC
15 Maple Street
Second Floor
West Summit, NJ 07901


U.S. Bank N.A. as Trustee
c/o Fay Servicing, Inc.
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234


U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203


US Bank Trust N.A. as Trustee
c/o Fay Servicing, LLC
425 S Finan. Place, Ste 2000
Chicago, IL 60605


White Road Capital LLC
10 W 37th Street
RM 602
New York, NY 10018


Wilmington Savings Fund Scty
FSB as Trustee c/o Fay Srvcng
425 S Financial Pl, Suite 2000
Chicago, IL 60605


Wilmington Savings Fund Scty
FSB, Trustee, co SelectPrtflio
3217 S Decker Lake Drive
Salt Lake City, UT 84119
```