**Fill in this information to identify the case:**

Debtor name  **Sebastian Habib, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **25-50148**

☐ Check if this is an
amended filing

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 29, 2025**          X  **/s/ Mohammad Hariri**
_____
Signature of individual signing on behalf of debtor

**Mohammad Hariri**
_____
Printed name

**Manager**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Sebastian Habib, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-50148**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $    **5,965,700.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **3,845.49**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    **5,969,545.49**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **3,144,855.21**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **1,410.86**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **88,148.97**

4.    **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b      $    **3,234,415.04**

**Fill in this information to identify the case:**

Debtor name    **Sebastian Habib, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-50148**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| 3.1. | **Wells Fargo** | **Checking Account** | **9768** | **$3,845.49** |
|---|---|---|---|---|

**4.     Other cash equivalents** *(Identify all)*

**5.     Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$3,845.49** |
|---|---|

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.     Accounts receivable**

| 11a. 90 days old or less: | **8,000.00** | - | **8,000.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor **Sebastian Habib, LLC**
Name

Case number *(If known)* **25-50148**

---

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $0.00 |
|---|---|

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1758 Dunlap Ave, East Point, GA 30344** | | **$0.00** | | **$185,000.00** |

---

Debtor    **Sebastian Habib, LLC**
Name

Case number *(If known)*  **25-50148**

| | | | | |
|---|---|---|---|---|
| 55.2. | **2701 Flintlock Pl, Austell, GA 30106** | | $0.00 | $195,000.00 |
| 55.3. | **5038 Austell Powder Spring Rd, Austell, GA 30106** | | $0.00 | $293,700.00 |
| 55.4. | **5034 Austell Powder Spring Rd, Austell, GA 30106** | | $0.00 | $300,000.00 |
| 55.5. | **2764 Whitewater Ct, Austell, GA 30106** | | $0.00 | $163,500.00 |
| 55.6. | **2324 Nelms Dr SW, Atlanta, GA 30315** | | $0.00 | $284,700.00 |
| 55.7. | **2231 Nelms Dr SW, Atlanta, GA 30315** | | $0.00 | $185,200.00 |
| 55.8. | **1744 Nathan Lane, Austell, GA 30106** | | $0.00 | $355,500.00 |
| 55.9. | **6286 Lobelia Rd, Mableton, GA 30126** | | $0.00 | $267,700.00 |
| 55.10. | **950 Lake Dr, Snellville, GA 30039** | | $0.00 | $380,000.00 |
| 55.11. | **2206 Clay Road, Austell, GA 30106** | | $0.00 | $268,100.00 |
| 55.12. | **865 Old Rocky Rd SW, College Park, GA 30349** | | $0.00 | $261,700.00 |
| 55.13. | **1905 Conally Dr, East Point, GA 30344** | | $0.00 | $264,400.00 |
| 55.14. | **7085 Winkfield Pl, College Park, GA 30349** | | $0.00 | $249,900.00 |

| Debtor | **Sebastian Habib, LLC** | | Case number *(If known)* **25-50148** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.15 · | **2610 Northfield Court, College Park, GA 30349** | | $0.00 | $226,500.00 |
| 55.16 · | **2274 Nelms Dr SW, Atlanta, GA 30315** | | $0.00 | $248,600.00 |
| 55.17 · | **6405 Kensington Court, Austell, GA 30106** | | $0.00 | $236,400.00 |
| 55.18 · | **6240 Humphries Hill Rd, Austell, GA 30106** | | $0.00 | $264,900.00 |
| 55.19 · | **2330 Nelms Dr SW, Atlanta, GA 30315** | | $0.00 | $260,000.00 |
| 55.20 · | **3655 Sulene Dr, College Park, GA 30349** | | $0.00 | $210,000.00 |
| 55.21 · | **4140 Huntcliff Dr, Woodstock, GA 30349** | | $0.00 | $380,000.00 |
| 55.22 · | **2318 Nelms Dr SW, Atlanta, GA 30315** | | $0.00 | $251,900.00 |
| 55.23 · | **567 Center Hill Avenue NW, Atlanta, GA 30318** | | $0.00 | $183,000.00 |
| 55.24 · | **6580 Woodford Road, College Park, GA 30349** | | $0.00 | $50,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $5,965,700.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   Intangibles and intellectual property

Debtor    **Sebastian Habib, LLC**                                    Case number *(If known)*  **25-50148**
_____
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Debtor manages 91 Park Avenue, Mableton, GA 30126 and rents it to tenants on behalf of the Debtor's single member, Mohammad Hariri, who owns the property.** | $0.00 |

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                    | $0.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **Sebastian Habib, LLC**
Name

Case number *(If known)* **25-50148**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,845.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $5,965,700.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,845.49 | + 91b. $5,965,700.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,969,545.49 |

**Fill in this information to identify the case:**

Debtor name **Sebastian Habib, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-50148**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** C T Corporation System, as rep | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| Creditor's Name | | | |
| **330 N. Brand Blvd, Suite 700** | | | |
| **Attn: SPRS** | | | |
| **Glendale, CA 91203** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Barrow County UCC File No. 007-2023-006594** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☑ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** Churchill Funding I, LLC | Describe debtor's property that is subject to a lien | **$120,000.00** | **$251,900.00** |
| Creditor's Name | **2318 Nelms Dr SW, Atlanta, GA 30315** | | |
| **1800 Camden Road** | | | |
| **Suite 107-254** | | | |
| **Charlotte, NC 28203** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **7908** | | | |

| Debtor | **Sebastian Habib, LLC** | Case number (if known) | **25-50148** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Corporation Service Company**
Creditor's Name

**as Representative**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    **Unknown**        **$0.00**

**Describe the lien**
**Coweta County UCC File No. 038-2022-031300**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Corporation Service Company**
Creditor's Name

**as Representative**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    **Unknown**        **$0.00**

**Describe the lien**
**Cherokee County UCC File No. 028-2022-002829**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** | **Corporation Service Company**

**Describe debtor's property that is subject to a lien**                    **Unknown**        **$0.00**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 16

Debtor    **Sebastian Habib, LLC**                                                                    Case number (if known)    **25-50148**
_____                                              _____
Name

Creditor's Name

**as Representative**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**Coweta County UCC File No. 038-2022-037335**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Goldman Sachs Mortgage Comp.** | Describe debtor's property that is subject to a lien | $170,000.00 | $210,000.00 |

Creditor's Name

**2001 Ross Avenue**
**Suite 2800**
**Dallas, TX 75201**
Creditor's mailing address

**3655 Sulene Dr, College Park, GA 30349**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7691**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Goldman Sachs Mortgage Comp.** | Describe debtor's property that is subject to a lien | $260,000.00 | $380,000.00 |

Creditor's Name

**2001 Ross Avenue**
**Suite 2800**
**Dallas, TX 75201**
Creditor's mailing address

**4140 Huntcliff Dr, Woodstock, GA 30349**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | **Sebastian Habib, LLC** | | Case number (if known) | **25-50148** |
|---|---|---|---|---|

Name

**7287**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Lima One Capital, LLC** | Describe debtor's property that is subject to a lien | **$128,000.00** | **$236,400.00** |
|---|---|---|---|---|

Creditor's Name

**201 East McBee Avenue
Suite 300
Reston, VA 20195**

**6405 Kensington Court, Austell, GA 30106**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
2242**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Lima One Capital, LLC** | Describe debtor's property that is subject to a lien | **$130,000.00** | **$264,900.00** |
|---|---|---|---|---|

Creditor's Name

**201 East McBee Avenue
Suite 300
Reston, VA 20195**

**6240 Humphries Hill Rd, Austell, GA 30106**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
2240**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **National Funding, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**4380 La Jolla Village Drive
San Diego, CA 92122**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page  4 of 16

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|--------|----------------------|------------------------|----------|
| | Name | | |

**Coweta County UCC File No. 038-2024-013903**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **Norris Lake Comm Benefits Corp** | **Describe debtor's property that is subject to a lien** | $1,032.60 | $380,000.00 |
|------|-----|-----|-----|-----|
| | Creditor's Name | **950 Lake Dr, Snellville, GA 30039** | | |

**c/o OneWealth Prop. Mnmgt, LLC**
**8320 Norris Lake Road**
**Snellville, GA 30039**
Creditor's mailing address

**Describe the lien**
**Claim of Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Wilmington Savings Fund Scty**
**2. Norris Lake Comm Benefits Corp**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | **Sweetwater Valley Condo. Assc.** | **Describe debtor's property that is subject to a lien** | $3,022.61 | $163,500.00 |
|------|-----|-----|-----|-----|
| | Creditor's Name | **2764 Whitewater Ct, Austell, GA 30106** | | |

**c/o Lueder Larkin & Hunter LLC**
**5900 Windward Parkway Ste 390**
**Alpharetta, GA 30005**
Creditor's mailing address

**Describe the lien**
**Claim of Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Debtor  **Sebastian Habib, LLC**                                    Case number (if known)    **25-50148**
_____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. US Bank Trust N.A. as Trustee** | ☐ Disputed |
| **2. Sweetwater Valley Condo. Assc.** | |

---

| 2.1 3 | **Toorak Capital Partners, LLC** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $260,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2330 Nelms Dr SW, Atlanta, GA 30315** | | |

**15 Maple Street**
**Second Floor**
**West Summit, NJ 07901**
_____
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6800**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **U.S. Bank N.A. as Trustee** | **Describe debtor's property that is subject to a lien** | $110,000.00 | $185,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1758 Dunlap Ave, East Point, GA 30344** | | |

**c/o Fay Servicing, Inc.**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**
_____
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4909**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

**2.15** | **U.S. Bank N.A. as Trustee**

Creditor's Name

**c/o Fay Servicing, Inc.**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4909**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $120,000.00    $195,000.00
**2701 Flintlock Pl, Austell, GA 30106**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** | **U.S. Small Business Admin.**

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    Unknown    $0.00

**Describe the lien**
**Coweta County UCC File No. 038-2020-038951**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17** | **US Bank Trust N.A. as Trustee**

Creditor's Name

**c/o Fay Servicing, LLC**
**425 S Finan. Place, Ste 2000**
**Chicago, IL 60605**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**    $132,800.00    $293,700.00
**5038 Austell Powder Spring Rd, Austell, GA 30106**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page  7 of 16

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1109**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | US Bank Trust N.A. as Trustee | | | |
|---|---|---|---|---|

Creditor's Name

**c/o Fay Servicing, LLC**
**425 S Finan. Place, Ste 2000**
**Chicago, IL 60605**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**5034 Austell Powder Spring Rd, Austell, GA 30106**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$133,600.00      $300,000.00

**Date debt was incurred**

**Last 4 digits of account number**
**1109**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | US Bank Trust N.A. as Trustee | | | |
|---|---|---|---|---|

Creditor's Name

**c/o Fay Servicing, LLC**
**425 S Finan. Place, Ste 2000**
**Chicago, IL 60605**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2764 Whitewater Ct, Austell, GA 30106**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$70,400.00      $163,500.00

**Date debt was incurred**

**Last 4 digits of account number**
**1109**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.12**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page  8 of 16

Debtor  **Sebastian Habib, LLC**
Name

Case number (if known)  **25-50148**

---

| 2.2 0 | **Wilmington Savings Fund Scty** | | |
|---|---|---|---|
| | Creditor's Name | | |

**FSB as Trustee c/o Fay Srvcng**
**425 S Financial Pl, Suite 2000**
**Chicago, IL 60605**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4167**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    $105,000.00    $284,700.00
**2324 Nelms Dr SW, Atlanta, GA 30315**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Wilmington Savings Fund Scty** | | |
|---|---|---|---|
| | Creditor's Name | | |

**FSB as Trustee c/o Fay Srvcng**
**425 S Financial Pl, Suite 2000**
**Chicago, IL 60605**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4169**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    $85,000.00    $185,200.00
**2231 Nelms Dr SW, Atlanta, GA 30315**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Wilmington Savings Fund Scty** | | |
|---|---|---|---|
| | Creditor's Name | | |

**FSB as Trustee c/o Fay Srvcng**
**425 S Financial Pl, Suite 2000**
**Chicago, IL 60605**
Creditor's mailing address

Describe debtor's property that is subject to a lien    $190,000.00    $355,500.00
**1744 Nathan Lane, Austell, GA 30106**

Describe the lien

---

| Debtor | **Sebastian Habib, LLC** | Case number (if known) | **25-50148** |
|---|---|---|---|
| | Name | | |

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9459**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 3 | **Wilmington Savings Fund Scty** | | **Describe debtor's property that is subject to a lien** | $156,000.00 | $267,700.00 |
|---|---|---|---|---|---|

Creditor's Name

**FSB as Trustee c/o Fay Srvcng**
**425 S Financial Pl, Suite 2000**
**Chicago, IL 60605**

Creditor's mailing address

**6286 Lobelia Rd, Mableton, GA 30126**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4170**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 4 | **Wilmington Savings Fund Scty** | | **Describe debtor's property that is subject to a lien** | $265,000.00 | $380,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**FSB as Trustee c/o Fay Srvcng**
**425 S Financial Pl, Suite 2000**
**Chicago, IL 60605**

Creditor's mailing address

**950 Lake Dr, Snellville, GA 30039**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6729**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 16

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Wilmington Savings Fund Scty** | Describe debtor's property that is subject to a lien | $106,000.00 | $268,100.00 |
|---|---|---|---|---|

Creditor's Name

**FSB as Trustee c/o Fay Srvcng
425 S Financial Pl, Suite 2000
Chicago, IL 60605**

**2206 Clay Road, Austell, GA 30106**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4168**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Wilmington Savings Fund Scty** | Describe debtor's property that is subject to a lien | $153,000.00 | $261,700.00 |
|---|---|---|---|---|

Creditor's Name

**FSB, Trustee, co SelectPrtflio
3217 S Decker Lake Drive
Salt Lake City, UT 84119**

**865 Old Rocky Rd SW, College Park, GA 30349**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2646**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Wilmington Savings Fund Scty** | Describe debtor's property that is subject to a lien | $100,000.00 | $264,400.00 |
|---|---|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 16

Debtor   **Sebastian Habib, LLC**

Name

Case number (if known)   **25-50148**

---

Creditor's Name

**FSB, Trustee, co
SelectPrtflio
3217 S Decker Lake Drive
Salt Lake City, UT 84119**

Creditor's mailing address

**1905 Conally Dr, East Point, GA 30344**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9737**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Wilmington Savings Fund Scty** | | $100,000.00 | $249,900.00 |

Creditor's Name

**FSB, Trustee, co
SelectPrtflio
3217 S Decker Lake Drive
Salt Lake City, UT 84119**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**7085 Winkfield Pl, College Park, GA 30349**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9737**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Wilmington Savings Fund Scty** | | $100,000.00 | $226,500.00 |

Creditor's Name

**FSB, Trustee, co
SelectPrtflio
3217 S Decker Lake Drive
Salt Lake City, UT 84119**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2610 Northfield Court, College Park, GA
30349**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

---

Debtor    **Sebastian Habib, LLC**                                          Case number (if known)    **25-50148**
          Name

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9737**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **Wilmington Savings Fund Scty** | **Describe debtor's property that is subject to a lien** | $170,000.00 | $248,600.00 |
| | Creditor's Name | **2274 Nelms Dr SW, Atlanta, GA 30315** | | |

**FSB, Trustee, co SelectPrtflio**
**3217 S Decker Lake Drive**
**Salt Lake City, UT 84119**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2653**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.31 | **Wilmington Savings Fund Scty** | **Describe debtor's property that is subject to a lien** | $136,000.00 | $183,000.00 |
| | Creditor's Name | **567 Center Hill Avenue NW, Atlanta, GA 30318** | | |

**FSB as Trustee c/o Fay Srvcng**
**425 S Financial Pl, Suite 2000**
**Chicago, IL 60605**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6708**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 16

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$3,144,855.21**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| **BSI**<br>**314 S. Franklin Street**<br>**Titusville, PA 16364** | Line __2.13__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.17__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.18__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.19__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.20__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.21__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.22__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.23__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.24__ | |
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __2.25__ | |

Debtor    **Sebastian Habib, LLC**
_____
Name

Case number (if known)    **25-50148**
_____

| | |
|---|---|
| **Fay Servicing, Inc.**<br>**1601 LBJ Freeway**<br>**Suite 150**<br>**Farmers Branch, TX 75234** | Line __**2.31**__ |
| **Mortgage Electr. Reg. Systems**<br>**PO Box 2026**<br>**Flint, MI 48501** | Line __**2.8**__ |
| **Mortgage Electr. Reg. Systems**<br>**PO Box 2026**<br>**Flint, MI 48501** | Line __**2.9**__ |
| **Robertson, Anschutz Schneid**<br>**13010 Morris Road**<br>**Suite 450**<br>**Alpharetta, GA 30004** | Line __**2.26**__ |
| **Robertson, Anschutz, Schneid**<br>**13010 Morris Road**<br>**Suite 450**<br>**Alpharetta, GA 30004** | Line __**2.30**__ |
| **Rubin Lublin, LLC**<br>**3145 Avalon Ridge Place**<br>**Suite 100**<br>**Peachtree Corners, GA 30071** | Line __**2.14**__ |
| **Rubin Lublin, LLC**<br>**3145 Avalon Ridge Place**<br>**Suite 100**<br>**Peachtree Corners, GA 30071** | Line __**2.15**__ |
| **Rubin Lublin, LLC**<br>**3145 Avalon Ridge Place**<br>**Suite 100**<br>**Peachtree Corners, GA 30071** | Line __**2.17**__ |
| **Rubin Lublin, LLC**<br>**3145 Avalon Ridge Place**<br>**Suite 100**<br>**Peachtree Corners, GA 30071** | Line __**2.18**__ |
| **Rubin Lublin, LLC**<br>**3145 Avalon Ridge Place**<br>**Suite 100**<br>**Peachtree Corners, GA 30071** | Line __**2.19**__ |
| **Shellpoint Mortgage**<br>**PO Box 10826**<br>**Greenville, SC 29603** | Line __**2.6**__ |
| **Shellpoint Mortgage**<br>**PO Box 10826**<br>**Greenville, SC 29603** | Line __**2.7**__ |
| **Shellpoint Mortgage**<br>**PO Box 10826**<br>**Greenville, SC 29603** | Line __**2.2**__ |
| **SPS SelectPortfolio Srvcng Inc**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | Line __**2.26**__ |

Debtor    **Sebastian Habib, LLC**                                      Case number (if known)    **25-50148**
          Name

**SPS SelectPortfolio Srvcng Inc**
**PO Box 65250**                                      Line  **2.27**
**Salt Lake City, UT 84165**

**SPS SelectPortfolio Srvcng Inc**
**PO Box 65250**                                      Line  **2.28**
**Salt Lake City, UT 84165**

**SPS SelectPortfolio Srvcng Inc**
**PO Box 65250**                                      Line  **2.29**
**Salt Lake City, UT 84165**

**SPS SelectPortfolio Srvcng Inc**
**PO Box 65250**                                      Line  **2.30**
**Salt Lake City, UT 84165**

**Fill in this information to identify the case:**

Debtor name    **Sebastian Habib, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-50148**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| **Cherokee County Tax Comm** | As of the petition filing date, the claim is: |
|---|---|
| **2780 Marietta Hwy** | *Check all that apply.* |
| **Canton, GA 30114** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| **Cobb County Tax Commissioner** | As of the petition filing date, the claim is: |
|---|---|
| **736 Whitlock Avenue** | *Check all that apply.* |
| **Suite 200** | ☐ Contingent |
| **Marietta, GA 30064** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Fulton Co. Tax Commissioner**<br>**141 Pryor St**<br>**Suite 1018**<br>**Atlanta, GA 30303** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Georgia Department of Revenue**<br>**Compliance Division, ARCS BK**<br>**1800 Century Blvd, NE, #9100**<br>**Atlanta, GA 30345** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Gwinnett Co. Tax Commissioner**<br>**PO Box 372**<br>**Lawrenceville, GA 30046** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.64 | $262.64 |
|---|---|---|---|---|

**Investa Services LLC**
**1266 West Paces Ferry Road**
**#517**
**Atlanta, GA 30327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(6580 Woodford Rd) Assignment of FiFa**
**recorded at Lien Book 5829, Page 294**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.22 | $1,143.22 |
|---|---|---|---|---|

**Investa Services LLC**
**1266 West Paces Ferry Road**
**#517**
**Atlanta, GA 30327**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(6580 Woodford Rd) Assignment of FiFa**
**recorded at Lien Book 5829, Page 293**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**American Express**
**c/o Stephen Squeri, CEO**
**115 W Towne Ridge Pkwy**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Carr, Attorney Genr'L GA**
**Office of the Attorney General**
**40 Capitol Square, SW**
**Atlanta, GA 30334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **For Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Georgia Power**
**805-B Abernathy Blvd**
**Atlanta, GA 30310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities for 1744 Nathan Lane, Austell, GA 30106**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

---

**3.4**

**Nonpriority creditor's name and mailing address**
Mahvash Hariri
5041 Towne Lake Hills N
Woodstock, GA 30189

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,000.00**

---

**3.5**

**Nonpriority creditor's name and mailing address**
Mohammad Hariri
5041 Towne Lake Hills N
Woodstock, GA 30189

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **The utilites for 1758 Dunlap Ave., East Point, GA are in the name of the Debtor's single member.**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6**

**Nonpriority creditor's name and mailing address**
Sofia Montoya Castro
5041 Towne Lake Hills N
Woodstock, GA 30189

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **The utilities for 6240 Humphiries Hill Road, Austell, GA and 1744 Nathan Lane, Austell, GA are in the name of the Debtor's single memebr's wife.**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**
Sweetwater Valley Condo. Assc.
c/o Lueder Larkin & Hunter LLC
5900 Windward Parkway Ste 390
Alpharetta, GA 30005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,748.97**

---

**3.8**

**Nonpriority creditor's name and mailing address**
U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlnata, GA 30303

Date(s) debt was incurred _
Last 4 digits of account number  **For Notice Only**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Date(s) debt was incurred _
Last 4 digits of account number  **For Notice Only**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**
White Road Capital LLC
10 W 37th Street
RM 602
New York, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| Debtor | Sebastian Habib, LLC | Case number (if known) | 25-50148 |
|---|---|---|---|
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Central Insolvency Office**<br>**401 W. Peachtree St., NW**<br>**Atlanta, GA 30308** | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,410.86 |
| **5b. Total claims from Part 2** | 5b. + | $ 88,148.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 89,559.83 |

**Fill in this information to identify the case:**

Debtor name   **Sebastian Habib, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **25-50148**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease of Property (3655 Sulene Drive, College Park, GA)** | **Alya Dillon**<br>**3655 Sulene Drive**<br>**College Park, GA 30349** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease of Property (1905 Connally Dr, East Point, GA)** | **Antoniece Dogens**<br>**1905 Connally Dr**<br>**East Point, GA 30344** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease of Property (2324 Nelms Dr. SW, Atlanta, GA) - Evicitng** | **Brenda Butler**<br>**2324 Nelms Dr SW**<br>**Atlanta, GA 30315** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease of Property (6240 Humphries Hill Rd, Austell, GA)** | **Christina Garcia**<br>**6240 Humphries Hill Rd**<br>**Austell, GA 30106** |

| Debtor 1 | **Sebastian Habib, LLC** | | | Case number *(if known)* | **25-50148** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2330 Nelms Dr. SW, Atlanta, GA)** | |
|---|---|---|---|
| | State the term remaining | | **Curits Evans** |
| | List the contract number of any government contract | _____ | **2330 Nelms Dr SW Atlanta, GA 30315** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2274 Nelms Dr. SW, Atlanta, GA)** | |
|---|---|---|---|
| | State the term remaining | | **Damon Tavis** |
| | List the contract number of any government contract | _____ | **2274 Nelms Dr SW Atlanta, GA 30315** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (4140 Huntcliff Drive, Woodstock, GA)** | |
|---|---|---|---|
| | State the term remaining | | **David Greene** |
| | List the contract number of any government contract | _____ | **4140 Huntcliff Dr Woodstock, GA 30189** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2206 Clay Road, Austell, GA)** | |
|---|---|---|---|
| | State the term remaining | | **Don Williams** |
| | List the contract number of any government contract | _____ | **2206 Clay Rd SW Austell, GA 30106** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2231 Nelms Dr. SW, Atlanta, GA) - Evicitng** | |
|---|---|---|---|
| | State the term remaining | | **Elwan Jackson** |
| | List the contract number of any government contract | _____ | **2231 Nelms Dr SW Atlanta, GA 30315** |

| Debtor 1 | Sebastian Habib, LLC | | | Case number (*if known*) | **25-50148** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2701 Flintlock Place, Austell, GA 30106)** | |
|---|---|---|---|
| | State the term remaining | | **Felicia Bacon** |
| | List the contract number of any government contract | | **2701 Flintlock Pl** |
| | | | **Austell, GA 30106** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (7085 Winkfield Place, College Park, GA) - Evicting** | |
|---|---|---|---|
| | State the term remaining | | **Jaquita Terrylynn** |
| | List the contract number of any government contract | | **7085 Winkfield Pl** |
| | | | **College Park, GA 30349** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2610 Northfield Ct SW, College Park, GA) - Evicting** | |
|---|---|---|---|
| | State the term remaining | | **Karen Knox** |
| | List the contract number of any government contract | | **2610 Northfield Ct SW** |
| | | | **College Park, GA 30349** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (950 Lake Drive, Snellville, GA)** | |
|---|---|---|---|
| | State the term remaining | | **Laccorrue McCarthy** |
| | List the contract number of any government contract | | **950 Lake Drive** |
| | | | **Snellville, GA 30039** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2318 Nelms Dr. SW, Atlanta, GA)** | |
|---|---|---|---|
| | State the term remaining | | **Marsall Stanford** |
| | List the contract number of any government contract | | **2318 Nelms Dr SW** |
| | | | **Atlanta, GA 30315** |

| Debtor 1 | **Sebastian Habib, LLC** | | | Case number (*if known*) | **25-50148** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (5034 Austell Powder Springs Road, Austell, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nepetiti Williams**<br>**5034 Austell Powder Springs Rd**<br>**Austell, GA 30106** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2764 Whitewater Ct, Austell, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nia Hazel**<br>**2764 Whitewater Ct**<br>**Austell, GA 30106** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (2610 Northfield Ct SW, College Park, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patsy Mae**<br>**2610 Northfield Ct SW**<br>**College Park, GA 30349** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Porperty (1744 Nathan Lane, Austell, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Russel Keith**<br>**1744 Nathan Lane**<br>**Austell, GA 30168** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (6288 Lobelia Drive, Mableton, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shanrrika White**<br>**6288 Lobelia Rd SW**<br>**Mableton, GA 30126** |

Debtor 1  **Sebastian Habib, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **25-50148**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (865 Old Rocky Road SW, College Park, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tawana Freeman<br>865 Old Rocky Rd<br>Atlanta, GA 30349** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Property (6405 Kensington Court, Austell, GA)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tracy Hollay<br>6405 Kensington Ct<br>Powder Springs, GA 30106** |

**Fill in this information to identify the case:**

Debtor name   **Sebastian Habib, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **25-50148**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Sebastian Habib, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-50148**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$6,000.00** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$295,000.00** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$295,000.00** |

2.   **Non-business revenue**
     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Sebastian Habib, LLC**                                             Case number *(if known)*   **25-50148**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Fay Servicing, Inc.** <br> **1601 LBJ Freeway** <br> **Suite 150** <br> **Farmers Branch, TX 75234** | **10/8/2024;** <br> **11/1/2024;** <br> **11/11/2024** | **$17,109.15** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. **Shellpoint Mortgage** <br> **PO Box 10826** <br> **Greenville, SC 29603** | **12/17/2024;** <br> **1/4/2025** | **$8,724.50** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Sebastian Habib, LLC**    Case number *(if known)* **25-50148**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **White Road Capital LLC v. Sebastian Habib, LLC** E2024012227 | **Breach of Contract** | **Supreme Court of the State of NY, Monroe** 99 Exchange Blvd. Hall of Justice, 5th Floor Rochester, NY 14614 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Sweetwater Valley Condominium Association, Inc v. Sebastian Habib, LLC** 24CVE1971 | **Breach of Contract, COA fees** | **Superior Court of Cherokee County** 90 North Street Canton, GA 30114 | ☐ Pending ☐ On appeal ☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

Debtor    **Sebastian Habib, LLC**                              Case number *(if known)*  **25-50148**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

| Debtor | Sebastian Habib, LLC | Case number *(if known)* | 25-50148 |

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Sebastian Habib, LLC**                                             Case number *(if known)*  **25-50148**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Toni Fischer<br>TRF Taxes<br>48 Inverness Trace<br>Riverdale, GA 30274** | **January 2022 to<br>Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Toni Fischer<br>TRF Taxes<br>48 Inverness Trace<br>Riverdale, GA 30274** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Sebastian Habib, LLC**                                                Case number *(if known)*  **25-50148**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mohammad Hariri** | **5041 Towne Lake Hills N Woodstock, GA 30189** | **General Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mohammad Hariri 5041 Towne Lake Hills N Woodstock, GA 30189** | **$14,000.00** | **2/26/2024; 3/13/2024; 4/29/2024; 7/29/2024** | **Compensation** |
| | **Relationship to debtor General Manager and 100% owner of Debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Sebastian Habib, LLC**                                          Case number *(if known)*  **25-50148**

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 29, 2025**

**/s/ Mohammad Hariri**                                   **Mohammad Hariri**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | | Amount |
|---|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 1/6/2024 | Home Depot Material for repairs | $ | 220.75 |
| Mohammad Hariri | Debtor's Single Member | 1/6/2024 | Serv Bank  Mortgage Payment  91 Park Rd Mableton GA 30126 | $ | 1,412.00 |
| Mohammad Hariri | Debtor's Single Member | 1/7/2024 | First Franklin Fianantial | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 1/7/2024 | Yamaha Fianantial | $ | 209.19 |
| Mohammad Hariri | Debtor's Single Member | 1/7/2024 | Credit One Bank | $ | 150.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 1/7/2024 | Money Tranfer from Zelle to Emanuel Roger ( Maintanance guy) | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 1/8/2024 | Krogers Fuel ( Business ) | $ | 66.00 |
| Mohammad Hariri | Debtor's Single Member | 1/8/2024 | American Expess (Business) | $ | 4,608.77 |
| Mohammad Hariri | Debtor's Single Member | 1/11/2024 | T-Mobil | $ | 248.00 |
| Mohammad Hariri | Debtor's Single Member | 1/12/2024 | Reginal Fiantial (Loan) | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Fifth Third Bank | $ | 1,519.64 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Cherokee County Water | $ | 58.70 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | GA Powe 1744 Nathan Lane Mableton GA 30106 | $ | 443.00 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Dillards Credit Card Payment | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Shop Youre Way  Master Card | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Best Buy | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Grey stone Power for 6240  Humphiries hill Rd Austell Ga 30106 | $ | 106.23 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Merick Bank  Credit Card  payment | $ | 451.68 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | Merick Bank  Credit Card  payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 1/18/2024 | First Saving Credit Card | $ | 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 1/18/2024 | Sincrony bank Credit Car Payment | $ | 50.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 1/18/2024 | GA Power 5038 Austell Powder Spring Rd Autell GA 30106 | $ | 56.32 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 1/18/2024 | City Card Credit Card | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 1/19/2024 | Comcast (Cable ) | $ | 395.46 |
| Mohammad Hariri | Debtor's Single Member | 1/22/2024 | Chase Auto Car Payment | $ | 1,353.68 |
| Mohammad Hariri | Debtor's Single Member | 1/23/2024 | Domestic Wire  for 550 Center Hill Ave NW Atlanta GA 30318 | $ | 124.00 |
| Mohammad Hariri | Debtor's Single Member | 1/23/2024 | Cycle Works Sanitation | $ | 93.08 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Gas South 5041 Towne lake Hills | $ | 459.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Cobb EMC 5041 Towne Lake Hills | $ | 294.21 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Khols Payment Center | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Comenity Floor & Décor | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Capita Onecredit card | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Credit One Bank credit one | $ | 150.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Macy's Credit one | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Syncrony Bank Credit Card | $ | 150.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | Cobb county EMC for 1744 Nathan lane  Autell GA 30106 | $ | 202.64 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 1/26/2024 | Capita One | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 1/26/2024 | American Expess (Business) | $ | 150.00 |
| Mohammad Hariri | Debtor's Single Member | 2/1/2024 | Samsclub Credit card | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 2/1/2024 | Capital one | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 2/1/2024 | Auto Owners Insurance | $ | 2,340.99 |
| Mohammad Hariri | Debtor's Single Member | 2/3/2024 | David Mcfarlin (Land Scaping ) | $ | 400.00 |
| Mohammad Hariri | Debtor's Single Member | 2/5/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 2/5/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 2/8/2024 | Ally Auto Financing | $ | 2,999.99 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Syncrony Bank Credit Card | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Best Buy Credit card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | City Card Credit Card | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Austell Natural Gas For 1744 Nathan lane Austell GA 30106 | $ | 420.28 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Auto Owners Insurance | $ | 62.80 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Merick Bank  Credit Card  payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | First Saving Credit Card | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Shop Youre Way  Master Card | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Yamaha Fianantial | $ | 209.19 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Georgia Power  1744 Nathan Lane Autell GA 30106 | $ | 443.00 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Georgia Power 5038 Autell Powder Spring Austell GA 30106 | $ | 25.30 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | Merrick  Bank Credit card | $ | 451.68 |
| Mohammad Hariri | Debtor's Single Member | 2/12/2024 | 1st Frankling Financing | $ | 457.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 2/12/2024 | Dillards Credit Card Payment | $ | 75.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 2/12/2024 | Macys Credit Card Payment | $ | 400.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 2/12/2024 | Credit one Bank | $ | 150.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 2/12/2024 | City Card Credit Card | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 2/14/2024 | Region Fianancing | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 2/15/2024 | Georgia Power 6240 Humphiries Gill Rd,  Austell  GA 30106 | $ | 99.49 |
| Mohammad Hariri | Debtor's Single Member | 2/15/2024 | Comcast | $ | 384.95 |
| Mohammad Hariri | Debtor's Single Member | 2/16/2024 | TD Auto finanacing | $ | 1,319.37 |
| Mohammad Hariri | Debtor's Single Member | 2/20/2024 | Willie Mcneal  Maintanance Guy | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 2/23/2024 | Purchase Adobe for Business Pc . | $ | 19.99 |
| Mohammad Hariri | Debtor's Single Member | 3/2/2024 | Credit First  Credit Card | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 3/2/2024 | Cobb County Water System 1744 Nathan Lane Mableton GA 30126 | $ | 143.56 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 3/2/2024 | City Of East Point Electrict 1758 Dunlap Ave East Point Ga 30314 | $ 364.45 |
| Mohammad Hariri | Debtor's Single Member | 3/2/2024 | Cobb EMC 5041 Towne Lake Hills N Woodstock GA 30189 | $ 291.79 |
| Mohammad Hariri | Debtor's Single Member | 3/4/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 3/4/2024 | GM Auto Fianancing | $ 1,922.43 |
| Mohammad Hariri | Debtor's Single Member | 3/4/2024 | Chase Auto Financing | $ 1,353.66 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 3/4/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 3/5/2024 | Taxes for 3655 Sulene Dr Atlanta Ga 30349 | $ 962.00 |
| Mohammad Hariri | Debtor's Single Member | 3/6/2024 | Colonoscopy fees | $ 75.00 |
| Mohammad Hariri | Debtor's Single Member | 3/6/2024 | Colonoscopy fees | $ 390.00 |
| Mohammad Hariri | Debtor's Single Member | 3/6/2024 | David Mcfairlin | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 3/6/2024 | Ally Auto Financing | 2,999.00 |
| Mohammad Hariri | Debtor's Single Member | 3/6/2024 | Ally  Auto Financing | $ 127.00 |
| Mohammad Hariri | Debtor's Single Member | 3/7/2024 | Auto Owners Insurance | $ 2,340.91 |
| Mohammad Hariri | Debtor's Single Member | 3/7/2024 | Cvs Pharmacy | $ 20.00 |
| Mohammad Hariri | Debtor's Single Member | 3/7/2024 | Cvs Pharmacy | $ 141.00 |
| Mohammad Hariri | Debtor's Single Member | 3/7/2024 | TST Saigon Restaurant | $ 90.00 |
| Mohammad Hariri | Debtor's Single Member | 3/7/2024 | Well star | $ 50.00 |
| Mohammad Hariri | Debtor's Single Member | 3/7/2024 | Mo's Cell Phone | $ 223.00 |
| Mohammad Hariri | Debtor's Single Member | 3/11/2024 | Fuel | $ 63.86 |
| Mohammad Hariri | Debtor's Single Member | 3/11/2024 | The Home Depot Material for repair (7085 Winkfield Pl  Atlanat  GA | $ 284.00 |
| Mohammad Hariri | Debtor's Single Member | 3/11/2024 | Restaurant | $ 141.39 |
| Mohammad Hariri | Debtor's Single Member | 3/11/2024 | Alpharetta Dr. for Mo. | $ 165.00 |
| Mohammad Hariri | Debtor's Single Member | 3/12/2024 | Fuel | $ 55.78 |
| Mohammad Hariri | Debtor's Single Member | 3/12/2024 | Zips Car wash | $ 18.00 |
| Mohammad Hariri | Debtor's Single Member | 3/12/2024 | Sharzad Groceries | $ 389.51 |
| Mohammad Hariri | Debtor's Single Member | 3/12/2024 | Krogers  Groceries | $ 140.28 |
| Mohammad Hariri | Debtor's Single Member | 3/14/2024 | Morenzo Pets control 2274 Nelms Dr Atlanta GA 30315 | $ 75.00 |
| Mohammad Hariri | Debtor's Single Member | 3/14/2024 | Region Fianancing | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 3/14/2024 | Home Depot ( material for repair) | $ 153.13 |
| Mohammad Hariri | Debtor's Single Member | 3/14/2024 | TD Auto finanacing | $ 1,319.39 |
| Mohammad Hariri | Debtor's Single Member | 3/15/2024 | Krogers Groceries | $ 108.58 |
| Mohammad Hariri | Debtor's Single Member | 3/16/2024 | Yalda Persian Restaurant | $ 480.45 |
| Mohammad Hariri | Debtor's Single Member | 3/18/2024 | Home Depot ( material for repair) | $ 174.05 |
| Mohammad Hariri | Debtor's Single Member | 3/18/2024 | Tractor Supply | $ 76.08 |
| Mohammad Hariri | Debtor's Single Member | 3/18/2024 | Merrick Bank Credit Card | $ 451.68 |
| Mohammad Hariri | Debtor's Single Member | 3/18/2024 | Credit One Bank | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 3/18/2024 | Comcast | $ 378.96 |
| Mohammad Hariri | Debtor's Single Member | 3/19/2024 | Fulton County Court Filling fees for eviction | $ 75.00 |
| Mohammad Hariri | Debtor's Single Member | 3/19/2024 | Atlanta Parking | $ 20.00 |
| Mohammad Hariri | Debtor's Single Member | 3/19/2024 | Krogers Groceries | $ 101.86 |
| Mohammad Hariri | Debtor's Single Member | 3/19/2024 | Sams Club | $ 174.69 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 3/20/2024 | Money Tranfer from Zelle to Emanuel Roger ( Maintanance guy) | $ 700.00 |
| Mohammad Hariri | Debtor's Single Member | 3/22/2024 | Amazon | $ 61.20 |
| Mohammad Hariri | Debtor's Single Member | 3/25/2024 | Home Depot ( material for repair) 91 Park Lane Mableton GA 30126 | $ 208.69 |
| Mohammad Hariri | Debtor's Single Member | 3/25/2024 | Krogers  Fuel | $ 67.88 |
| Mohammad Hariri | Debtor's Single Member | 3/25/2024 | Auto Owners Insurance | $ 2,355.91 |
| Mohammad Hariri | Debtor's Single Member | 3/26/2024 | Gas South | $ 956.29 |
| Mohammad Hariri | Debtor's Single Member | 3/27/2024 | Krogers Groceries | $ 102.29 |
| Mohammad Hariri | Debtor's Single Member | 3/27/2024 | Rachel Breitman (commission ) | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 3/28/2024 | Cvs Pharmacy Mo's Medicine | $ 49.47 |
| Mohammad Hariri | Debtor's Single Member | 3/28/2024 | Cvs Pharmacy | $ 72.71 |
| Mohammad Hariri | Debtor's Single Member | 3/28/2024 | Krogers Fuel | $ 63.71 |
| Mohammad Hariri | Debtor's Single Member | 3/29/2024 | Zips Car wash | $ 18.00 |
| Mohammad Hariri | Debtor's Single Member | 3/29/2024 | Race Track Water | $ 12.62 |
| Mohammad Hariri | Debtor's Single Member | 3/29/2024 | Cobb County Water System 1744 Nathan Lane Mableton GA 30126 | $ 158.02 |
| Mohammad Hariri | Debtor's Single Member | 3/29/2024 | Chicken Fil A | $ 87.57 |
| Mohammad Hariri | Debtor's Single Member | 3/29/2024 | Home Depot Matterial for repair  2719 Blount St East Point GA 30344 | $ 146.62 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 3/29/2024 | Discover Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 4/1/2024 | Willie Mcneal  Maintanance Guy | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 4/1/2024 | Good To Go Fuel | $ 36.18 |
| Mohammad Hariri | Debtor's Single Member | 4/1/2024 | Quick Good Man | $ 50.00 |
| Mohammad Hariri | Debtor's Single Member | 4/1/2024 | East Point GA | $ 318.92 |
| Mohammad Hariri | Debtor's Single Member | 4/1/2024 | David Mcfairlin  Land Scaping | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 4/1/2024 | Sams Club / Synchony Bank | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 4/2/2024 | Merrick Bank Credit Card | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 4/2/2024 | Cobb County Water System | $ 11.80 |
| Mohammad Hariri | Debtor's Single Member | 4/2/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 4/2/2024 | Grey Stone Electric for 6240 Humphries Hills Austell GA 30106 | $ 89.54 |
| Mohammad Hariri | Debtor's Single Member | 4/2/2024 | Fuel | $ 61.10 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 4/2/2024 | Republic Financing Loan used for business | $ 500.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 4/4/2024 | Chase Auto Financing | $ 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 4/4/2024 | Zips Car wash | $ 12.00 |
| Mohammad Hariri | Debtor's Single Member | 4/4/2024 | Fuel | $ 62.01 |
| Mohammad Hariri | Debtor's Single Member | 4/4/2024 | Home Depot  Faucet replacement  91 Park Rd Mableton GA 30126 | $ 168.54 |
| Mohammad Hariri | Debtor's Single Member | 4/4/2024 | Mr. Handy Man 91 Park Rd Mableton GA 30126 | $ 246.80 |
| Mohammad Hariri | Debtor's Single Member | 4/5/2024 | Ally Auto Financing | $ 3,393.66 |
| Mohammad Hariri | Debtor's Single Member | 4/5/2024 | American Express  Business | $ 3,000.00 |
| Mohammad Hariri | Debtor's Single Member | 4/8/2024 | Italian Restaurant | $ 124.82 |
| Mohammad Hariri | Debtor's Single Member | 4/8/2024 | krogers Fuel | $ 70.45 |
| Mohammad Hariri | Debtor's Single Member | 4/8/2024 | Krogers Groceries | $ 117.26 |
| Mohammad Hariri | Debtor's Single Member | 4/8/2024 | First Savings Crdit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 4/9/2024 | T- Mobil Cell Phone | $ 222.14 |
| Mohammad Hariri | Debtor's Single Member | 4/9/2024 | Home Depot Repairs 4140 Huntcliff Dr Woostock GA 30189 | $ 341.39 |
| Mohammad Hariri | Debtor's Single Member | 4/10/2024 | Party City | $ 56.18 |
| Mohammad Hariri | Debtor's Single Member | 4/10/2024 | Party City | $ 49.00 |
| Mohammad Hariri | Debtor's Single Member | 4/10/2024 | Petco | $ 194.29 |
| Mohammad Hariri | Debtor's Single Member | 4/11/2024 | Best Buy | $ 234.14 |
| Mohammad Hariri | Debtor's Single Member | 4/11/2024 | Nordstrom  Clothes for Kids | $ 182.13 |
| Mohammad Hariri | Debtor's Single Member | 4/11/2024 | Office max supplys | $ 173.62 |
| Mohammad Hariri | Debtor's Single Member | 4/12/2024 | Waltmark Groceries | $ 329.40 |
| Mohammad Hariri | Debtor's Single Member | 4/15/2024 | Krogers Fuel | $ 67.91 |
| Mohammad Hariri | Debtor's Single Member | 4/15/2024 | Krogers Groceries | $ 33.65 |
| Mohammad Hariri | Debtor's Single Member | 4/15/2024 | Sweet Hut Marietta | $ 68.67 |
| Mohammad Hariri | Debtor's Single Member | 4/16/2024 | Fuel | $ 85.15 |
| Mohammad Hariri | Debtor's Single Member | 4/16/2024 | Gas South  5041 Towne Lake Hills N Woodstock GA 30189 | $ 686.18 |
| Mohammad Hariri | Debtor's Single Member | 4/18/2024 | Chik Fil A Food | $ 28.11 |
| Mohammad Hariri | Debtor's Single Member | 4/18/2024 | Christopher Restaurant | $ 41.76 |
| Mohammad Hariri | Debtor's Single Member | 4/19/2024 | Isumik Restaurant | $ 100.67 |
| Mohammad Hariri | Debtor's Single Member | 4/19/2024 | Lowes Material For repairs 2610 Northfield Ct College park GA 30349 | $ 132.42 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 4/19/2024 | Health Insurance | $ 189.00 |
| Mohammad Hariri | Debtor's Single Member | 4/21/2024 | Willie Mcneal  Maintanance Guy | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 4/21/2024 | Reatail Store clothes for kids | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 4/21/2024 | Home Depot Materrial for repair  6240 Humphiries Hill Rd, Austell GA 30 | $ 554.81 |
| Mohammad Hariri | Debtor's Single Member | 4/21/2024 | Home Depot material | $ 105.86 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Krogers Groceries | $ 63.93 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Krogers Fuel | $ 61.80 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Home Depot Material for repairs | $ 66.61 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Fulton County Court Filling fees for eviction | $ 60.00 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Coob Magistrate Court | $ 60.50 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Buffet Marietta | $ 66.70 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Home Depot Material for repairs | $ 99.18 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Waltmart Groceries | $ 241.34 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Home Depot | $ 199.18 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Auto Dynamic | $ 1,111.88 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | fuel | $ 66.13 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Restaurant | $ 100.03 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Marsall Sandford Handy Man Repairs for 7085 Winkfield Pl | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Home Depot Material | $ 45.00 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Krogers Groceries | $ 40.00 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Attorneys Fee Consultation for Bankcrupcy | $ 350.00 |
| Mohammad Hariri | Debtor's Single Member | 4/22/2024 | Attorneys Fee Consultation for Bankcrupcy | $ 650.00 |
| **Mohammad Hariri** | Debtor's Single Member | **4/24/2024** | Fuel | $ 63.75 |
| Mohammad Hariri | Debtor's Single Member | 4/25/2024 | Home Depot Material | $ 108.23 |
| Mohammad Hariri | Debtor's Single Member | 4/25/2024 | Aldi Groceries | $ 129.65 |
| Mohammad Hariri | Debtor's Single Member | 4/25/2024 | Krogers Fuel | $ 64.04 |
| Mohammad Hariri | Debtor's Single Member | 4/25/2024 | Home Depot Material for repairs | $ 40.85 |
| Mohammad Hariri | Debtor's Single Member | 4/25/2024 | Publix groceries | $ 29.10 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 4/25/2024 | American Express  Used for business | $ 148.38 |
| Mohammad Hariri | Debtor's Single Member | 4/26/2024 | TD Auto finanacing | $ 1,319.37 |
| Mohammad Hariri | Debtor's Single Member | 4/29/2024 | American Express Business | $ 1,886.26 |
| Mohammad Hariri | Debtor's Single Member | 4/30/2024 | Home Liquidation Austell Ac Units | $ 318.00 |
| Mohammad Hariri | Debtor's Single Member | 5/1/2024 | David Mcfairlin  Land Scaping | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 5/2/2024 | Direct Tv | $ 80.00 |
| Mohammad Hariri | Debtor's Single Member | 5/2/2024 | Home Depot Material for repairs | $ 60.33 |
| Mohammad Hariri | Debtor's Single Member | 5/2/2024 | Krogers Fuel | $ 93.89 |
| Mohammad Hariri | Debtor's Single Member | 5/3/2024 | Publix groceries | $ 108.79 |
| Mohammad Hariri | Debtor's Single Member | 5/3/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/3/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Village Restaurant | $ 76.94 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Direct Tv | $ 27.77 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Macy  Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Capital One Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Georgia Power Electric Bill | $ 30.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Yamaha Financial Services | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Credit One Bank Credit Card Payment | $ 200.00 |
| mohammad Hariri | Debtor's Single Member | 5/5/2024 | Discover Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Grey Stone Power 6240 Humphiries Hill Rd Austell GA 30106 | $ 82.70 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Comenity Credit card Paymennt | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Synchrony Bank ( Care Credit ) | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Khols Payment Credit Card | $ 129.54 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Cobb EMC | $ 237.20 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Sears Credit Card | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Macys Retail Store | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Credit First Firestone Credit card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Sams Club SYNBC bank Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Discover Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | First Savings Crdit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 5/5/2024 | Merrick Bank Credit Card Payment | $ 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/5/2024 | Macy's Credit Card Payment | $ 500.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/5/2024 | City Card Credit card payment | $ 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/5/2024 | Shop Your way Credit Card Payment | $ 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/5/2024 | Discover Credit Card Payment | $ 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/5/2024 | City Card Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/6/2024 | Melvin Johnson Carpet | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/6/2024 | Eduardo Avila Final Payment Remodeling 567 Center Hill Ave, NW Atlant | $ 1,100.00 |
| Mohammad Hariri | Debtor's Single Member | 5/6/2024 | Eduardo Avila Final Payment Remodeling 567 Center Hill Ave, NW Atlant | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/6/2024 | Austell Natural Gas 1744 Nathan Lane | $ 94.77 |
| Mohammad Hariri | Debtor's Single Member | 5/8/2024 | Home Depot Repairs 567 Center Hill Ave NW Atlanta GA 30318 | $ 106.66 |
| Mohammad Hariri | Debtor's Single Member | 5/8/2024 | Home Depot Material for house repair | $ 69.51 |
| Mohammad Hariri | Debtor's Single Member | 5/8/2024 | Parking court House | $ 20.00 |
| Mohammad Hariri | Debtor's Single Member | 5/8/2024 | Home Depot Material for house repair | $ 153.86 |
| Mohammad Hariri | Debtor's Single Member | 5/8/2024 | Home Depot Material for house repair | $ 374.17 |
| Mohammad Hariri | Debtor's Single Member | 5/8/2024 | Home Depot Material for house repair | $ 88.44 |
| Mohammad Hariri | Debtor's Single Member | 5/9/2024 | Chase Auto Financing | $ 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 5/9/2024 | Willie Mcneal  Maintanance Guy | $ 800.00 |
| Mohammad Hariri | Debtor's Single Member | 5/9/2024 | Melvin Johnson Repairs | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/9/2024 | Marsall Sandford Handy Man Repairs for 567 Center Hill Ave Nw Atlanta | $ 600.00 |
| Mohammad Hariri | Debtor's Single Member | 5/9/2024 | Fuel | $ 69.31 |
| Mohammad Hariri | Debtor's Single Member | 5/9/2024 | Melvin Jhnson  Repair for 91 Park Rd Mableton GA 30126 | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Home Depot Material for house repair | $ 69.51 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | GM Auto Fianancing | $ 1,924.93 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Home Depot Material for house repair | $ 272.29 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Fuel | $ 70.56 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | 1rst Flanklin Financial | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | GA Power Electric Bill for 5038 Austell GA | $ 21.96 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Credit One Bank Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Yamaha Financial Services | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Dillards | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/10/2024 | Best Buy | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | AARP | $ 22.00 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | AT&T Cell Phone bill | $ 72.00 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Chiken Fil A Food | $ 55.00 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Aldi Groceries | $ 76.91 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Home Depot Material for house repair | $ 112.63 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Ally Fianncing | $ 2,999.99 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Krogers Groceries | $ 176.65 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Home Depot Material for house repair | $ 897.57 |
| mohammad Hariri | Debtor's Single Member | 5/13/2024 | Reginal Finance | $ 1,210.60 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | Dumpster For Trash removal 5175 Newark Ave Austell GA 30106 | $ 97.00 |
| Mohammad Hariri | Debtor's Single Member | 5/13/2024 | GFL Cobb Marietta GA | $ 92.70 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Cobb County water | $ 11.20 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Marshal Stanford  Handy man Repairs remove Junk 567 Center Hill Ave | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Eduardo Avila  Payment Remodeling 567 Center Hill Ave, NW Atlanta GA | $ 1,200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Home Depot Material for house repair | $ 897.57 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Willie Mcneal  Maintanance Guy Dish washer replacement 91 Park Lane | $ 700.00 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Ears Nose and Troath | $ 1,332.20 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Home Depot Material for house repair | $ 435.71 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Liquidation Atlant Home supplys | $ 90.54 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Home depot | $ 390.08 |
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | North side Appliances (stove ) 567 Center Hill Ave | $ 321.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | | Amount |
|---|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 5/14/2024 | Eduardo Avila Payment Remodeling 567 Center Hill Ave, NW Atlanta GA | $ | 2,500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Parking court House | $ | 10.00 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Fulton County Court Filling fees for eviction | $ | 75.00 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Home Depot Material for house repair | $ | 195.75 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Fuel | $ | 71.29 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Comenity one Bank credit Card Payment | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Capital One Credit Card Payment | $ | 532.15 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Comenity Floor And Décor | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | Credit One Bank Credit Card Payment | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/15/2024 | American Express | $ | 1,000.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/15/2024 | Capital One Credit Card Payment | $ | 532.15 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 5/15/2024 | Capital One Credit Card Payment | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/16/2024 | Elcoheto Dismiuke 5034 Austell Ga | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/17/2024 | Home Depot | $ | 160.70 |
| Mohammad Hariri | Debtor's Single Member | 5/18/2024 | Angel roofing replacement 567 Center Hill Ave Nw Atlanta GA 30189 | $ | 2,500.00 |
| Mohammad Hariri | Debtor's Single Member | 5/18/2024 | Home Depot Material for house repair | $ | 160.00 |
| Mohammad Hariri | Debtor's Single Member | 5/18/2024 | Cherokee County water 5041 Towne Hill | $ | 94.31 |
| Mohammad Hariri | Debtor's Single Member | 5/21/2024 | Discover Credit Card Payment | $ | 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/21/2024 | Comenity Petland | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 5/21/2024 | Macys Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 5/23/2024 | Nordstrom  Credit card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 5/23/2024 | Georgia Power 1744 Nathan Lane | $ | 504.00 |
| mohammad Hariri | Debtor's Single Member | 5/24/2024 | Elcoheto Dismiuke 865 Old Rocky Rd | $ | 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 5/24/2024 | Gas South | $ | 202.94 |
| Mohammad Hariri | Debtor's Single Member | 5/24/2024 | Georgia Power | $ | 73.24 |
| Mohammad Hariri | Debtor's Single Member | 5/24/2024 | East Poing Electric | $ | 203.71 |
| Mohammad Hariri | Debtor's Single Member | 5/24/2024 | Krogers Groceries | $ | 132.69 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Home Depot Material for house repair | $ | 92.48 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Sams Clubs | $ | 250.95 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | CvS Pharmacy | $ | 172.11 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Willys restaurant | $ | 69.15 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Samsclub | $ | 101.59 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Auto  Owner Insurance | $ | 2,340.91 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Cobb EMC | $ | 168.50 |
| Mohammad Hariri | Debtor's Single Member | 5/28/2024 | Fuel | $ | 53.96 |
| Mohammad Hariri | Debtor's Single Member | 5/30/2024 | Lowes Material For repairs | $ | 410.01 |
| Mohammad Hariri | Debtor's Single Member | 5/30/2024 | Home Depot Material for house repair | $ | 9.52 |
| Mohammad Hariri | Debtor's Single Member | 5/31/2024 | Home Depot Material for house repair | $ | 539.04 |
| Mohammad Hariri | Debtor's Single Member | 5/31/2024 | Home Depot | $ | 95.22 |
| Mohammad Hariri | Debtor's Single Member | 6/1/2024 | Eduardo  Avila | $ | 2,500.00 |
| Mohammad Hariri | Debtor's Single Member | 6/1/2024 | Willie Mcneal  Repair 1934 Markone | $ | 700.00 |
| Mohammad Hariri | Debtor's Single Member | 6/3/2024 | Home Depot  Material 567 Center Hill | $ | 19.05 |
| Mohammad Hariri | Debtor's Single Member | 6/3/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 6/3/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 6/3/2024 | Direct Tv | $ | 175.00 |
| Mohammad Hariri | Debtor's Single Member | 6/4/2024 | Marshall Stanford Repairs | $ | 350.00 |
| mohammad Hariri | Debtor's Single Member | 6/4/2024 | Melvin Johnson | $ | 1,800.00 |
| Mohammad Hariri | Debtor's Single Member | 6/5/2024 | Sams Club Credit Card Payment | $ | 91.40 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | Home Depot Material for repairs | $ | 86.15 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | Fuel | $ | 71.32 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | Jerusalen Groceries | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | Home Depot Material for repairs | $ | 374.17 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | Home Depot Material for repairs | $ | 1,793.92 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | Home Depot Material for repairs | $ | 153.86 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 6/6/2024 | Macys Credit Card Payment | $ | 400.00 |
| Mohammad Hariri | Debtor's Single Member | 6/6/2024 | First savings  Credit card payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 6/7/2024 | Capital One Credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 6/10/2024 | Eduardo Avila Houses Repairs | $ | 2,000.00 |
| Mohammad Hariri | Debtor's Single Member | 6/10/2024 | Marshall Stanford Repairs | $ | 150.00 |
| Mohammad Hariri | Debtor's Single Member | 6/10/2024 | Fuel | $ | 72.00 |
| Mohammad Hariri | Debtor's Single Member | 6/11/2024 | AT&T Cell Phone bill | $ | 57.00 |
| Mohammad Hariri | Debtor's Single Member | 6/11/2024 | Melvin Johnson | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 6/11/2024 | El Cocheto Dismuke Ac unit installation 865 Old Rocky rd College Park GA | $ | 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 6/11/2024 | Home Depot | $ | 87.31 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Georgia Power 5175 Newark Ave Austell GA | $ | 86.62 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Cobb County Water 5175 Newark Ave Austell GA | $ | 11.80 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Merrick Bank Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Shop Your way Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Comenity Credit card Paymecnt | $ | 100.00 |
| mohammad Hariri | Debtor's Single Member | 6/12/2024 | Yamaha Financial Services | $ | 200.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | | Amount |
|---|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Credit One Bank Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Melvin Johnson  Stairs installation 567 center Hill Ave Nw Atlanta GA | $ | 350.00 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Home Depot Material for house repair | $ | 949.37 |
| Mohammad Hariri | Debtor's Single Member | 6/12/2024 | Home Depot Material for house repair | $ | 140.75 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 6/12/2024 | Dillards Credit card payment | $ | 100.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 6/12/2024 | Best Buy credit Card paymeny | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | AT&T Cell Phone bill | $ | 57.00 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | Home Depot Material for house repair | $ | 123.03 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | AT&T Cell Phone bill | $ | 30.24 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | Tommy Hilfigher | $ | 36.02 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | Cellaris Phone case | $ | 46.64 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | Eduardo Avila | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | Dinas Italian Restaurant | $ | 43.00 |
| Mohammad Hariri | Debtor's Single Member | 6/13/2024 | Home Depot Material for house repair | $ | 30.50 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Grey Stone Electric for 6240 Humphiries Hills Austell GA 30106 | $ | 85.50 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Merrick Bank Credit Card Peyment | $ | 500.00 |
| mohammad Hariri | Debtor's Single Member | 6/17/2024 | Georgia Power 567 Center Hill Ave | $ | 289.00 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Cherokee County water 5041 Towne Hill | $ | 238.05 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Willie Mcneal | $ | 750.00 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Eduardo Avila | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Krogers | $ | 51.12 |
| Mohammad Hariri | Debtor's Single Member | 6/17/2024 | Home | $ | 174.51 |
| Mohammad Hariri | Debtor's Single Member | 6/19/2024 | Home Depot Material for repairs | $ | 199.00 |
| Mohammad Hariri | Debtor's Single Member | 6/19/2024 | Fuel | $ | 32.32 |
| Mohammad Hariri | Debtor's Single Member | 6/20/2024 | Microsoft | $ | 99.99 |
| Mohammad Hariri | Debtor's Single Member | 6/21/2024 | Home Depot Material for repairs | $ | 202.63 |
| Mohammad Hariri | Debtor's Single Member | 6/23/2024 | Eduardo Avila Repairs | $ | 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 6/24/2024 | Merci Cheff Restaurant | | $116.51 |
| Mohammad Hariri | Debtor's Single Member | 6/24/2024 | DDS Mableton | $ | 90.25 |
| Mohammad Hariri | Debtor's Single Member | 6/24/2024 | Starbucks | $ | 12.99 |
| Mohammad Hariri | Debtor's Single Member | 6/24/2024 | Home Depot Material for repairs | $ | 53.58 |
| mohammad Hariri | Debtor's Single Member | 6/24/2024 | Pf Changes Atlanta | | 91.82 |
| Mohammad Hariri | Debtor's Single Member | 6/25/2024 | Eduardo Avila | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 6/25/2024 | Cobb EMC 5041 Towne Lake Hills N Woodstock GA 30189 | $ | 59.37 |
| Mohammad Hariri | Debtor's Single Member | 6/26/2024 | Sams Club | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/26/2024 | City Of East Point Electrict 1758 Dunlap Ave East Point Ga 30314 | $ | 25.09 |
| Mohammad Hariri | Debtor's Single Member | 6/26/2024 | Frankling Madison Group (Insurance ) | $ | 28.25 |
| Mohammad Hariri | Debtor's Single Member | 6/26/2024 | Home Depot Material for repairs | $ | 232.75 |
| Mohammad Hariri | Debtor's Single Member | 6/26/2024 | Credit One Bank | $ | 100.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 6/26/2024 | Discover Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/27/2024 | Macy's Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/27/2024 | Nordstrom  Credit card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 6/27/2024 | Synchrony Bank ( Care Credit ) | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 6/27/2024 | Discover Credit Card Payment | $ | 400.00 |
| Mohammad Hariri | Debtor's Single Member | 6/28/2024 | Hamptoon INN | $ | 246.28 |
| Mohammad Hariri | Debtor's Single Member | 6/28/2024 | Hamptoon INN | $ | 246.28 |
| Mohammad Hariri | Debtor's Single Member | 6/28/2024 | Hamptoon INN | $ | 557.47 |
| Mohammad Hariri | Debtor's Single Member | 7/1/2024 | Kroger Fuel | $ | 75.01 |
| Mohammad Hariri | Debtor's Single Member | 7/1/2024 | Ollis Bargaing for twoo AC Windows units for 2274 Nelms Dr Atlanta GA | $ | 252.26 |
| mohammad Hariri | Debtor's Single Member | 7/1/2024 | Krogers Grocery | $ | 79.48 |
| Mohammad Hariri | Debtor's Single Member | 7/1/2024 | Cobb County Water  System | $ | 81.31 |
| Mohammad Hariri | Debtor's Single Member | 7/1/2024 | Austell Natural Gas 1744 Nathan Lane | $ | 58.80 |
| Mohammad Hariri | Debtor's Single Member | 7/1/2024 | American Express Business expenses credit card payment | $ | 2,706.59 |
| Mohammad Hariri | Debtor's Single Member | 7/1/2024 | El Cocheto Dismuke Ac unit installation 2330 Nelms Dr Atlanta GA 30315 | $ | 2,000.00 |
| Mohammad Hariri | Debtor's Single Member | 7/2/2024 | Direct Tv | $ | 175.66 |
| Mohammad Hariri | Debtor's Single Member | 7/4/2024 | Kroger Grocery | $ | 61.07 |
| Mohammad Hariri | Debtor's Single Member | 7/4/2024 | Cobb County Water Sysytem | $ | 11.80 |
| Mohammad Hariri | Debtor's Single Member | 7/4/2024 | Chase Auto Financing | $ | 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 7/4/2024 | Discover Credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 7/4/2024 | Sears Credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 7/4/2024 | Capital One Credit Card Payment | $ | 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 7/4/2024 | City Card Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | Sams Club / Synchony Bank | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | David Mcfarlin | $ | 400.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | Comcas Tv | $ | 25.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | American express Credit card Paymennt | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | QT Fuel | $ | 74.31 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | Shop Your way Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | Yamaha Financial Services | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | City Card Credit Card Payment | $ | 100.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | First Savings Crdit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 7/5/2024 | Merrick Bank Credit card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 7/6/2024 | Express oil Change | $ 204.00 |
| Mohammad Hariri | Debtor's Single Member | 7/6/2024 | GM Financing | $ 1,924.93 |
| Mohammad Hariri | Debtor's Single Member | 7/6/2024 | Ally  Auto Financing | $ 2,999.00 |
| Mohammad Hariri | Debtor's Single Member | 7/9/2024 | Mr Johnson  eviction | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 7/9/2024 | Krogers  Fuel | $ 79.62 |
| Mohammad Hariri | Debtor's Single Member | 7/9/2024 | Ollis Bargaing for twoo AC Windows units | $ 131.40 |
| Mohammad Hariri | Debtor's Single Member | 7/9/2024 | Ollis Bargaing for twoo AC Windows units | $ 103.87 |
| Mohammad Hariri | Debtor's Single Member | 7/9/2024 | American express Credit card Paymnent | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 7/12/2024 | Apex Residential Solution 2764 Withe Water Ct Austell GA | $ 256.50 |
| Mohammad Hariri | Debtor's Single Member | 7/12/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 7/12/2024 | Farmers Market Groceries | $ 62.00 |
| Mohammad Hariri | Debtor's Single Member | 7/13/2024 | Waltmart Groceries | $ 143.34 |
| Mohammad Hariri | Debtor's Single Member | 7/13/2024 | Apex Residential Solution 5038Austell Powder spring Hills Rd  Austell GA | $ 212.89 |
| Mohammad Hariri | Debtor's Single Member | 7/14/2024 | Leslie Pool | $ 113.38 |
| Mohammad Hariri | Debtor's Single Member | 7/14/2024 | Krogers | $ 52.00 |
| Mohammad Hariri | Debtor's Single Member | 7/15/2024 | Fuel Krogers | $ 67.01 |
| Mohammad Hariri | Debtor's Single Member | 7/15/2024 | Apex Residential Solution | $ 170.00 |
| Mohammad Hariri | Debtor's Single Member | 7/15/2024 | Costco | $ 51.91 |
| Mohammad Hariri | Debtor's Single Member | 7/15/2024 | Krogers Groceries | $ 109.12 |
| Mohammad Hariri | Debtor's Single Member | 7/15/2024 | Cvs Pharmacy Prescription from  Mo | $ 419.35 |
| Mohammad Hariri | Debtor's Single Member | 7/15/2024 | Home Depot Material for repairs | $ 96.29 |
| Mohammad Hariri | Debtor's Single Member | 7/17/2024 | Willie Mcneal | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 7/17/2024 | Home Depot Material for repairs | $ 106.86 |
| Mohammad Hariri | Debtor's Single Member | 7/17/2024 | Fulton County Court Filling fees for eviction | $ 68.00 |
| Mohammad Hariri | Debtor's Single Member | 7/17/2024 | Krogers Fuel | $ 57.18 |
| Mohammad Hariri | Debtor's Single Member | 7/17/2024 | Gas South | $ 97.86 |
| Mohammad Hariri | Debtor's Single Member | 7/22/2024 | Starbucks | $ 25.28 |
| Mohammad Hariri | Debtor's Single Member | 7/22/2024 | Juicy restauraunt | $ 85.00 |
| Mohammad Hariri | Debtor's Single Member | 7/22/2024 | Home  Depot | $ 131.04 |
| Mohammad Hariri | Debtor's Single Member | 7/22/2024 | Frankling Madison Group (Insurance ) | $ 445.00 |
| Mohammad Hariri | Debtor's Single Member | 7/22/2024 | Emmanuel  Rogers | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 7/23/2024 | Sierra Robinson Security Deposit | $ 1,760.00 |
| Mohammad Hariri | Debtor's Single Member | 7/23/2024 | Home Depot Material for repairs | $ 20.10 |
| Mohammad Hariri | Debtor's Single Member | 7/24/2024 | Home Depot Material for repairs | $ 98.29 |
| Mohammad Hariri | Debtor's Single Member | 7/25/2024 | Comcast | $ 50.11 |
| Mohammad Hariri | Debtor's Single Member | 7/25/2024 | Atlanta  Fulton County Court Parking | $ 15.00 |
| Mohammad Hariri | Debtor's Single Member | 7/29/2024 | Wire fees | $ 40.00 |
| Mohammad Hariri | Debtor's Single Member | 7/29/2024 | Wire fees | $ 404.00 |
| Mohammad Hariri | Debtor's Single Member | 7/29/2024 | American Express Business   Credit card Payment | $ 3,382.13 |
| Mohammad Hariri | Debtor's Single Member | 7/29/2024 | Georgia Power 1744 Nathan Lane | $ 710.00 |
| Mohammad Hariri | Debtor's Single Member | 7/30/2024 | AT&T Cell Phone bill | $ 344.53 |
| Mohammad Hariri | Debtor's Single Member | 7/30/2024 | Auto Owner | $ 1,599.84 |
| Mohammad Hariri | Debtor's Single Member | 7/30/2024 | Autell Natural Gas 6240 Humphiries Hills Rd Austell Ga | $ 51.03 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 7/30/2024 | Money Tranfer from Cash App to Emanuel Roger ( Maintenance guy) | $ 700.00 |
| Mohammad Hariri | Debtor's Single Member | 7/31/2024 | First Watch ( Breackfast ) | $ 57.38 |
| Mohammad Hariri | Debtor's Single Member | 7/31/2024 | Fuel | $ 76.78 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | Fuel | $ 60.75 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | QT Fuel | $ 60.04 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | Sams Club Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | Willie Mcneal | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | Macys Credit Card Payment | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | David Mcfarlin | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | City Card Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | Cobb County  Water system | $ 75.00 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | Chase Auto Financing | $ 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 8/1/2024 | EPPS LLC Loan payment | $ 3,065.95 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 8/1/2024 | Capital One Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 8/2/2024 | Region Financing | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 8/2/2024 | Direct Tv | $ 214.63 |
| Mohammad Hariri | Debtor's Single Member | 8/2/2024 | Home Depot Material for repairs | $ 197.14 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Sport Clips | $ 78.00 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Purchase tires | $ 321.15 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Willie Mcneal Handy Man | $ 350.00 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Home Depot Material for repairs | $ 121.49 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Merrick Bank | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | First Savings  loan Payment | $500 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Georgia Power 5175 Newark Ave | $ 31.84 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Yamaha Fianancial Servicing | $ 500.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Fuel Costco | $ 58.23 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Fulton County Court House  7085 Winkfield Pl | $ 68.00 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Home Depot Material for repairs | $ 121.49 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 8/5/2024 | Shop Your way Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Marshall Stanford Repairs | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 8/5/2024 | Fredie Mcvae  refigerator for 91 Park Lane Mableton GA | $ 225.00 |
| Mohammad Hariri | Debtor's Single Member | 8/7/2024 | Home Depot Material for repairs | $ 124.28 |
| Mohammad Hariri | Debtor's Single Member | 8/7/2024 | Credit One Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 8/7/2024 | GM Financial | $ 1,924.93 |
| Mohammad Hariri | Debtor's Single Member | 8/7/2024 | Ally Fianacial | $ 1,924.93 |
| Mohammad Hariri | Debtor's Single Member | 8/8/2024 | First Frankling Financial | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/8/2024 | Dillards | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 8/8/2024 | Comcast | $ 185.00 |
| Mohammad Hariri | Debtor's Single Member | 8/8/2024 | Costco  Fuel | $ 42.13 |
| Mohammad Hariri | Debtor's Single Member | 8/8/2024 | City Card Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 8/9/2024 | Willie Mcneal Handy Man | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 8/9/2024 | Krogers Groceries | $ 242.07 |
| Mohammad Hariri | Debtor's Single Member | 8/9/2024 | Zip Car Wash | $ 19.00 |
| Mohammad Hariri | Debtor's Single Member | 8/9/2024 | Fuel | $ 51.43 |
| Mohammad Hariri | Debtor's Single Member | 8/9/2024 | Home Depot Material for repairs | $ 246.24 |
| Mohammad Hariri | Debtor's Single Member | 8/9/2024 | Home Depot Material for repairs | $ 374.89 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Atlanta Aiiroport | $ 10.00 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Tuscany restaurant | $ 358.20 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Home Depot Material for repairs | $ 45.15 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Home Depot Material for repairs | $ 82.49 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Fuel | $ 76.42 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Home Depot Material for repairs | $ 143.91 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | AT&T Cell phone Bill | $ 170.45 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Rumis Kitchen | $ 570.71 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Emmanuel Rogers  2206 Clay rd Ac Repair | $ 700.00 |
| Mohammad Hariri | Debtor's Single Member | 8/12/2024 | Costco | $ 788.71 |
| Mohammad Hariri | Debtor's Single Member | 8/14/2024 | Chevron Fuel | $ 81.94 |
| Mohammad Hariri | Debtor's Single Member | 8/14/2024 | Comenity Floor & Décor | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | Old Navy | $ 164.36 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | Merrick Bank Credit card payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | Synchrony  Bank  Credit Cerd payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | Best buy credit Service | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | Georgia Power 567 Center Hill electric Bill | $ 43.97 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | Auto Owners Insurance | $ 1,599.84 |
| Mohammad Hariri | Debtor's Single Member | 8/15/2024 | American Express | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/19/2024 | Fax for Business | $ 125.00 |
| Mohammad Hariri | Debtor's Single Member | 8/19/2024 | Serv Bank  Mortgage Payment  91 Park Rd Mableton GA 30126 | $ 3,694.04 |
| Mohammad Hariri | Debtor's Single Member | 8/20/2024 | Credit One Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 8/20/2024 | Cherokee County Water  5041 Towne Lake Hills N | $ 136.90 |
| Mohammad Hariri | Debtor's Single Member | 8/20/2024 | Discover credit Card Payment | $ 500.00 |
| Mahvash Hariri | Sister of Debtor's Single Member | 8/21/2024 | Payment for a loan | $ 12,000.00 |
| Mohammad Hariri | Debtor's Single Member | 8/21/2024 | Gas South | $ 111.75 |
| Mohammad Hariri | Debtor's Single Member | 8/26/2024 | Serv Bank  Mortgage Payment  91 Park Rd Mableton GA 30126 | $ 2,020.00 |
| Mohammad Hariri | Debtor's Single Member | 8/26/2024 | Sams Club Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 8/27/2024 | Marshall Stanford Repairs | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 8/27/2024 | Emmanuel Rogers  2206 Clay rd Ac Repair | $ 250.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Cobb EMC 5041 Towne Lake Hills N | $ 221.19 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Cobb county  Water system 5175 Newark Ave | $ 23.60 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Sams Club Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Sears Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Capital One Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Synchrony  Bank  Credit card payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Discover credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Macys Credit Card Payment | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | 1rst Frankling Fiancial | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Grey stone Powe | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 9/1/2024 | Fuel | $ 75.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 9/1/2024 | Discover credit Card Payment | $ 211.11 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Ollies Baraging Fir sale | $ 143.29 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Home Depot Material for repairs | $ 83.64 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Home Depot Material for repairs | $ 25.58 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Region Fianancing | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Chase Auto Financing | $ 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | David Mcfarlin | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Home Depot Material for repairs | $ 83.64 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Home Depot Material for repairs | $ 25.58 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Region Fianancing | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | Chase Auto Financing | $ 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 9/3/2024 | David Mcfarlin | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 9/4/2024 | Fuel | $ 75.20 |
| Mohammad Hariri | Debtor's Single Member | 9/4/2024 | GM Financial | $ 1,922.93 |
| Mohammad Hariri | Debtor's Single Member | 9/5/2024 | CVs Pharmay | $ 29.67 |
| Mohammad Hariri | Debtor's Single Member | 9/5/2024 | Ally Fianacial | $ 2,999.99 |
| Mohammad Hariri | Debtor's Single Member | 9/5/2024 | AT&T Cell phone Bill | $ 472.88 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Emmanuel Rogers epairs | $ 450.00 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Fuel | $ 7,301.00 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Izumi Asian | $ 53.47 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Home Depot Material for repairs | $ 90.45 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Shop Your way Credit Card Payment | $ 50.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 9/6/2024 | City Card Credit Card Payment | $ 100.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 9/6/2024 | City Card Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Yamaha Fianancial Servicing | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 9/6/2024 | Merrick Bank Credit card payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 9/9/2024 | Home Depot Material for repairs | $ 101.03 |
| Mohammad Hariri | Debtor's Single Member | 9/9/2024 | Austell Natural gas | $ 46.08 |
| Mohammad Hariri | Debtor's Single Member | 9/9/2024 | Home Depot Material for repairs | $ 69.86 |
| Mohammad Hariri | Debtor's Single Member | 9/10/2024 | 1rst Frankling Fiancial | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/10/2024 | Synchrony Bank Credit Cerd payment | $ 30.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 9/10/2024 | Credit One Credit Card Payment | $ 110.00 |
| Mohammad Hariri | Debtor's Single Member | 9/10/2024 | Direct Tv | $ 214.63 |
| Mohammad Hariri | Debtor's Single Member | 9/10/2024 | Court Alphareta | $ 114.33 |
| Mohammad Hariri | Debtor's Single Member | 9/10/2024 | Fuel | $ 65.10 |
| Mohammad Hariri | Debtor's Single Member | 9/10/2024 | Comcast | $ 162.40 |
| Mohammad Hariri | Debtor's Single Member | 9/11/2024 | Dillards | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 9/11/2024 | Best buy credit Service | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/11/2024 | Georgia Power | $ 976.15 |
| Mohammad Hariri | Debtor's Single Member | 9/11/2024 | Court for 4140 huntcliff dr | $ 114.33 |
| Mohammad Hariri | Debtor's Single Member | 9/12/2024 | John B Miller | $ 2,355.50 |
| Mohammad Hariri | Debtor's Single Member | 9/12/2024 | Republic Fianancing | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/12/2024 | Emmanuel Rogers  5034 Austell Powder Sprinng Rd  Ac Repair | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/13/2024 | Fuel | $ 62.10 |
| Mohammad Hariri | Debtor's Single Member | 9/14/2024 | Sams Club Credit Card Payment | $ 128.21 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 9/15/2024 | Capital One Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 9/15/2024 | Merrick Bank | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/16/2024 | Home Depot Material for repairs | $ 145.10 |
| Mohammad Hariri | Debtor's Single Member | 9/16/2024 | Fuel | $ 54.46 |
| Mohammad Hariri | Debtor's Single Member | 9/16/2024 | Court House | $ 64.50 |
| Mohammad Hariri | Debtor's Single Member | 9/17/2024 | Olive Garden | $ 66.08 |
| Mohammad Hariri | Debtor's Single Member | 9/17/2024 | Fuel | $ 55.46 |
| Mohammad Hariri | Debtor's Single Member | 9/17/2024 | Gas South 5041 Towne Lake Hills N | $ 115.00 |
| Mahvash Hariri | Sister of Debtor's Single Member | 9/19/2024 | Payment for a loan | $ 1,000.00 |
| Mohammad Hariri | Debtor's Single Member | 9/19/2024 | 1rst Frankling Fiancial | $ 478.00 |
| Mohammad Hariri | Debtor's Single Member | 9/19/2024 | Liquidation Appliances | $ 897.35 |
| Mohammad Hariri | Debtor's Single Member | 9/20/2024 | Willie Mcneal Handy Man | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 9/23/2024 | Chime San Fransico | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 9/24/2024 | Home Depot Material for repairs | $ 183.30 |
| Mohammad Hariri | Debtor's Single Member | 9/30/2024 | Home Depot Material for repairs | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Frankcln Madison Insurance | $ 28.25 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Discover credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Sears Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Capital One Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Credit One Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Discover credit Card Payment | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | American Express | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Grey stone Powe 6240 Humphiries Hill Rd Austell GA 30106 | $ 128.32 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Macys Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Cobb EMC 5041 Towne Lake Hills N | $ 278.76 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Fuel | $ 43.80 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Synchrony Bank  Credit Cerd payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Cherokee County Water | $ 283.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | City Of  East Point 1758 Dunlap Ave | $ 142.17 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Comcast | $ 75.00 |
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Fuel | $ 48.37 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/1/2024 | Credit Fisrt Bank credit card Paymente Firestone | $ 40.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/1/2024 | Discover credit Card Payment | $ 75.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | Amount |
|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 10/1/2024 | Sams Club Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/4/2024 | American Express | $ 4,475.47 |
| Mohammad Hariri | Debtor's Single Member | 10/4/2024 | Macys Credit Card Payment | $ 500.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/5/2024 | Citi Card Costco | $ 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/5/2024 | Credit One Credit Card Payment | $ 100.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/5/2024 | City Card Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Chase Auto Financing | $ 1,358.66 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | GM Financial | $ 1,924.93 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Michael West Brook Winkfield repairs | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Cobb County  Water  System  1744 Nathan lane Austell Ga | $ 250.13 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Sams Club Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Shop Your way Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Austell Natural gas | $ 40.66 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | David Mcfarlin | $ 400.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | Merrick Bank | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | First Savings Credit Card Payment | $ 300.00 |
| Mohammad Hariri | Debtor's Single Member | 10/5/2024 | First Savings Credit Card Payment | $ 300.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/7/2024 | Ally Fianacial | $ 1,500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/7/2024 | Ally Fianacial | $ 2,999.90 |
| Mohammad Hariri | Debtor's Single Member | 10/7/2024 | Fuel | $ 33.23 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/9/2024 | car Isurance | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/9/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/9/2024 | Republic Financing Loan used for business | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/9/2024 | Fulton County Court House | $ 68.00 |
| Mohammad Hariri | Debtor's Single Member | 10/11/2024 | Sps 5041 Towne Lake | $ 6,498.44 |
| Mohammad Hariri | Debtor's Single Member | 10/15/2024 | Direct Tv | $ 214.63 |
| Mohammad Hariri | Debtor's Single Member | 10/15/2024 | Emmaanuel Rogers | $ 250.00 |
| Mohammad Hariri | Debtor's Single Member | 10/15/2024 | Costco | $ 47.58 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | American Express Delta | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Capital One Credit Card Payment | $ 30.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Capital One Credit Card Payment | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Comenity Floor & Décor | $ 50.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Transamerica  Life Insurance | $ 74.40 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Georgia Power | $ 27.74 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Dillards | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Barclays | $ 30.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Synchrony  Bank  Credit Cerd payment | $ 30.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Capital One Credit Card Payment | $ 30.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | 1rst Frankling Fiancial | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Yamaha Fianancial Servicing | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Merrick Bank | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Best buy credit Service | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Comcast | $ 132.40 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Gas South 5041 Towne Lake Hills N | $ 120.47 |
| Mohammad Hariri | Debtor's Single Member | 10/18/2024 | Krogers Groceries | $ 96.78 |
| Mohammad Hariri | Debtor's Single Member | 10/23/2024 | Willie Mcneal Handy Man | $ 500.00 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | American Express business | $ 2,061.15 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | Cherokee County Water 5041 Towne Lake Hills n | $ 98.15 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | Gresy stone power 6240 Humphiries Hill Rd | $ 86.99 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | 1rst Frankling Fiancial | $ 220.00 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | Region Fianancing | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | Credit One  Bank | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/24/2024 | Care Credit / Synchony | $ 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 10/24/2024 | Macys Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 10/25/2024 | Comcast | $ 75.00 |
| Mohammad Hariri | Debtor's Single Member | 10/25/2024 | Loan Payment SPDY | $ 200.00 |
| Mohammad Hariri | Debtor's Single Member | 10/25/2024 | Fuel | $ 50.01 |
| Mohammad Hariri | Debtor's Single Member | 10/31/2024 | Fuel | $ 30.00 |
| Mohammad Hariri | Debtor's Single Member | 11/1/2024 | Car Insurance | $ 2,031.22 |
| Mohammad Hariri | Debtor's Single Member | 11/2/2024 | Four Star Plumbing | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/2/2024 | Delbar restaurant | $ 488.22 |
| Mohammad Hariri | Debtor's Single Member | 11/3/2024 | Car payments and Insurante | $ 2,000.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Karma RB&B | $ 277.77 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Georgia Power  1744 Nathan | $ 1,430.64 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Delbar | $ 488.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Direct Tv | $ 3.39 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Gas South 5041 Towne Lake Hills N | $ 304.57 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | City East Point 1758 Dunlap | $ 88.22 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Sams Club Credit Card Payment | $ 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Discover credit Card Payment | $ 400.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | | Amount |
|---|---|---|---|---|---|
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Sears Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Capital One Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Discover credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Sams Club Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Discover credit Card Payment | $ | 400.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Sears Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Capital One Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Discover credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Discover credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Credit Fisrt Bank credit card Paymente Firestone | $ | 130.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Sams Club Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Cobb county Water system | $ | 158.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Cobb EMC 5041 Towne Lake Hills N | $ | 258.41 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | David Mcfarlin | $ | 400.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 11/4/2024 | Deposit to Mahvash | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/4/2024 | Sams Club Credit Card Payment | $ | 100.00 |
| Mahvash Hariri | Sister of Debtor's Single Member | 11/6/2024 | Deposit to Mahvash | $ | 10,000.00 |
| Mohammad Hariri | Debtor's Single Member | 11/6/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 11/6/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 11/6/2024 | Best buy credit Service | $ | 820.93 |
| Mohammad Hariri | Debtor's Single Member | 11/6/2024 | GM Financial | $ | 1,922.43 |
| Mohammad Hariri | Debtor's Single Member | 11/6/2024 | Chase Auto Financing | $ | 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 11/6/2024 | Ally Fianacial | $ | 2,999.99 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Ruby  Falls | $ | 94.83 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Luedes Larking  2764w hite water Ct HOA | $ | 1,158.75 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Fisical theraphy | $ | 100.63 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Fuel | $ | 60.31 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Home Depot Material for repairs | $ | 47.64 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Direct Tv | $ | 216.63 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Sharzad Groceries | $ | 262.96 |
| Mohammad Hariri | Debtor's Single Member | 11/12/2024 | Ez. Association servicing | $ | 240.00 |
| Mohammad Hariri | Debtor's Single Member | 11/14/2024 | Yamaha Fianancial Servicing | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/14/2024 | City Card Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/14/2024 | Shop Your way Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/14/2024 |  First service credit card payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/14/2024 | Merric Bank | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/14/2024 | Credit One Credit Card Payment | $ | 100.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 11/14/2024 | Citi Card Costco | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | Asian Food Rertaurant | $ | 208.52 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | TJ Max | $ | 150.42 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | California Pizza | $ | 172.46 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | Home Depot Material for repairs | $ | 67.03 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | Comcast | $ | 162.40 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | Merric Bank | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | Old navy | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/18/2024 | First Frankling Fianancial | $ | 479.50 |
| Mahvash Hariri | Sister of Debtor's Single Member | 11/19/2024 | Mahvash Hariri | $ | 1,202.00 |
| Mohammad Hariri | Debtor's Single Member | 11/19/2024 | Fuel | $ | 58.00 |
| Mohammad Hariri | Debtor's Single Member | 11/19/2024 | Synchrony  Bank  Credit Cerd payment | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 11/19/2024 | Best buy credit Service | $ | 200.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 11/19/2024 | Credit One  Bank | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 11/21/2024 | Home Depot Material for repairs | $ | 206.95 |
| Mohammad Hariri | Debtor's Single Member | 11/21/2024 | Krogers Groceries | $ | 107.24 |
| Mohammad Hariri | Debtor's Single Member | 11/21/2024 | Sport Clips | $ | 78.00 |
| Mohammad Hariri | Debtor's Single Member | 11/21/2024 | Home Depot Material for repairs | $ | 62.93 |
| Mohammad Hariri | Debtor's Single Member | 11/24/2024 | Austell Natural gas | $ | 77.22 |
| Mohammad Hariri | Debtor's Single Member | 11/24/2024 | Home Depot Material for repairs | $ | 41.15 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Deposit | $ | 104.23 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Azotea Atlanta | $ | 169.77 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Credit One Credit Card Payment | $ | 120.00 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Capital One Credit Card Payment | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Dillard s Master card | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Cherokee County water | $ | 85.00 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Discover credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Care Credit / Synchony | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 11/25/2024 | Discover credit Card Payment | $ | 400.00 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 11/25/2024 | American  Express Business | $ | 4,156.19 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 11/25/2024 | Capital One Credit Card Payment | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 11/29/2024 | Money Tranfer from Cash App to Emanuel Roger ( Maintanance guy) | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 11/29/2024 | Cash deposit fees | $ | 66.00 |

**SOFA Question No. 4**

| Name of Creditor | Relationship to Debtor | Date of Payment | Reason | | Amount |
|---|---|---|---|---|---|
| Sofia Montoya Castro | Wife of Debtor's Single Member | 11/29/2024 | Money Tranfer from Cash App to Emanuel Roger ( Maintanance guy) | $ | 300.00 |
| Mohammad Hariri | Debtor's Single Member | 12/2/2024 | American Express | $ | 2,000.00 |
| Mohammad Hariri | Debtor's Single Member | 12/3/2024 | Airbnb Columbus | $ | 288.94 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Republic Financing Loan used for business | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Chase Auto Financing | $ | 1,353.66 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Region Fianancing | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Appliances  Liquidation stove for 3655 Sulene Dr College park GA 30349 | $ | 424.25 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Target Groceries | $ | 103.95 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | Fuel | $ | 56.78 |
| Mohammad Hariri | Debtor's Single Member | 12/5/2024 | luns Pro Mold Test 91 Park Rd Mableton GA | $ | 395.00 |
| Mohammad Hariri | Debtor's Single Member | 12/9/2024 | GM Financial | $ | 1,924.93 |
| Mohammad Hariri | Debtor's Single Member | 12/9/2024 | Ally Fianacial | $ | 2,999.99 |
| Mohammad Hariri | Debtor's Single Member | 12/9/2024 | Fuel | $ | 54.73 |
| Mohammad Hariri | Debtor's Single Member | 12/9/2024 | Five and below Woodstock Ga | $ | 15.13 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 12/9/2024 | Money Tranfer from Cash App to Emanuel Roger ( Maintanance guy) | $ | 650.00 |
| Mohammad Hariri | Debtor's Single Member | 12/10/2024 | Money Tranfer from Cash App to Emanuel Roger ( Maintanance guy) | $ | 230.00 |
| Mohammad Hariri | Debtor's Single Member | 12/10/2024 | Citation Ticket Florida | $ | 167.00 |
| Mohammad Hariri | Debtor's Single Member | 12/11/2024 | Direct Tv | $ | 216.63 |
| Mohammad Hariri | Debtor's Single Member | 12/11/2024 | City Of East Point Electrict 1758 Dunlap Ave East Point Ga 30314 | $ | 101.88 |
| Mohammad Hariri | Debtor's Single Member | 12/11/2024 | Emmanuel Rogers repairs handy man | $ | 750.00 |
| Mohammad Hariri | Debtor's Single Member | 12/11/2024 | krogers  Fuel | $ | 107.39 |
| Mohammad Hariri | Debtor's Single Member | 12/11/2024 | Sprouts | $ | 104.02 |
| Mohammad Hariri | Debtor's Single Member | 12/11/2024 | Fuel | $ | 60.33 |
| Mohammad Hariri | Debtor's Single Member | 12/12/2024 | Emmanuel Rogers repairs handy man | $ | 150.00 |
| Mohammad Hariri | Debtor's Single Member | 12/12/2024 | Mc donals | $ | 26.00 |
| Mohammad Hariri | Debtor's Single Member | 12/13/2024 | DSY Group | $ | 519.95 |
| Mohammad Hariri | Debtor's Single Member | 12/13/2024 | Fulton County  Atlanta | $ | 74.00 |
| Mohammad Hariri | Debtor's Single Member | 12/13/2024 | Sofia Car paymeny | $ | 1,438.00 |
| Mohammad Hariri | Debtor's Single Member | 12/16/2024 | Olive Garden | $ | 99.70 |
| Mohammad Hariri | Debtor's Single Member | 12/16/2024 | Krogers Groceries | $ | 87.45 |
| Mohammad Hariri | Debtor's Single Member | 12/16/2024 | CVS Pharmacy | $ | 114.81 |
| Mohammad Hariri | Debtor's Single Member | 12/16/2024 | TJ Max | $ | 133.49 |
| Mohammad Hariri | Debtor's Single Member | 12/16/2024 | City Card Credit Card Payment | $ | 200.00 |
| Mohammad Hariri | Debtor's Single Member | 12/16/2024 | Northside Hospita | $ | 89.13 |
| Sofia Montoya Castro | Wife of Debtor's Single Member | 12/16/2024 | Macys Card Payment | $ | 700.00 |
| Mohammad Hariri | Debtor's Single Member | 12/17/2024 | Krogers  Fuel | $ | 61.42 |
| Mohammad Hariri | Debtor's Single Member | 12/17/2024 | Ollies bargain Ac Unit for 2274 Nelms Dr | $ | 235.02 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | 1rst Frankling Fiancial | $ | 490.50 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Northside Hospita | $ | 130.00 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Sport Clips | $ | 69.00 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Chilis restaurant | $ | 93.18 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Sams Club Credit Card Payment | $ | 396.60 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Aldy Groceries | $ | 154.83 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Rumis Kitchen | $ | 168.58 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Krogers Groceries | $ | 329.24 |
| Mohammad Hariri | Debtor's Single Member | 12/23/2024 | Fuego tortila | $ | 118.58 |
| Mohammad Hariri | Debtor's Single Member | 12/24/2024 | Fuel | $ | 42.44 |
| Mohammad Hariri | Debtor's Single Member | 12/24/2024 | Old navy | $ | 50.00 |
| Mohammad Hariri | Debtor's Single Member | 12/24/2024 | Best buy credit Service | $ | 350.00 |
| Mohammad Hariri | Debtor's Single Member | 12/24/2024 | Aetna Insurance Mo's | $ | 11.00 |
| Mohammad Hariri | Debtor's Single Member | 12/24/2024 | Macys | $ | 150.00 |
| Mohammad Hariri | Debtor's Single Member | 12/27/2024 | Shop Your way Credit Card Payment | $ | 100.00 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Azotea Atlanta | $ | 174.07 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Cofee | $ | 61.87 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Fuel | $ | 31.87 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | IPPS | $ | 47.51 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Krogers  Fuel | $ | 86.07 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | car Insurance Sofia | $ | 500.00 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Yalda Persian Restaurant | $ | 287.50 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Sharzad Groceries | $ | 151.66 |
| Mohammad Hariri | Debtor's Single Member | 12/28/2024 | Fuel | $ | 54.82 |
| Mohammad Hariri | Debtor's Single Member | 12/30/2024 | Georgia Power 1744 Nathan Lane | $ | 946.66 |
| Mohammad Hariri | Debtor's Single Member | 12/31/2024 | Krogers Groceries | $ | 318.04 |
| Mohammad Hariri | Debtor's Single Member | 12/31/2024 | Mellow Mashroom | $ | 98.53 |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Sebastian Habib, LLC**

Debtor(s)

Case No.  **25-50148**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 29, 2025**

Signature  **/s/ Mohammad Hariri**

**Mohammad Hariri**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Sebastian Habib, LLC**                                                                 Case No.   **25-50148**
                                                    Debtor(s)                                  Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 29, 2025**                          **/s/ Mohammad Hariri**
                                                       **Mohammad Hariri**/Manager
                                                       Signer/Title

Alya Dillon
3655 Sulene Drive
College Park, GA 30349


American Express
c/o Stephen Squeri, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070


Antoniece Dogens
1905 Connally Dr
East Point, GA 30344


Brenda Butler
2324 Nelms Dr SW
Atlanta, GA 30315


BSI
314 S. Franklin Street
Titusville, PA 16364


C T Corporation System, as rep
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203


Cherokee County Tax Comm
2780 Marietta Hwy
Canton, GA 30114


Chris Carr, Attorney Genr'L GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


Christina Garcia
6240 Humphries Hill Rd
Austell, GA 30106

Churchill Funding I, LLC
1800 Camden Road
Suite 107-254
Charlotte, NC 28203


Cobb County Tax Commissioner
736 Whitlock Avenue
Suite 200
Marietta, GA 30064


Corporation Service Company
as Representative
P.O. Box 2576
Springfield, IL 62708


Curits Evans
2330 Nelms Dr SW
Atlanta, GA 30315


Damon Tavis
2274 Nelms Dr SW
Atlanta, GA 30315


David Greene
4140 Huntcliff Dr
Woodstock, GA 30189


Don Williams
2206 Clay Rd SW
Austell, GA 30106


Elwan Jackson
2231 Nelms Dr SW
Atlanta, GA 30315


Fay Servicing, Inc.
1601 LBJ Freeway
Suite 150
Farmers Branch, TX 75234

Felicia Bacon
2701 Flintlock Pl
Austell, GA 30106


Fulton Co. Tax Commissioner
141 Pryor St
Suite 1018
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division, ARCS BK
1800 Century Blvd, NE, #9100
Atlanta, GA 30345


Georgia Power
805-B Abernathy Blvd
Atlanta, GA 30310


Goldman Sachs Mortgage Comp.
2001 Ross Avenue
Suite 2800
Dallas, TX 75201


Gwinnett Co. Tax Commissioner
PO Box 372
Lawrenceville, GA 30046


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308

Investa Services LLC
1266 West Paces Ferry Road
#517
Atlanta, GA 30327


Jaquita Terrylynn
7085 Winkfield Pl
College Park, GA 30349


Karen Knox
2610 Northfield Ct SW
College Park, GA 30349


Laccorrue McCarthy
950 Lake Drive
Snellville, GA 30039


Lima One Capital, LLC
201 East McBee Avenue
Suite 300
Reston, VA 20195


Mahvash Hariri
5041 Towne Lake Hills N
Woodstock, GA 30189


Marsall Stanford
2318 Nelms Dr SW
Atlanta, GA 30315


Mohammad Hariri
5041 Towne Lake Hills N
Woodstock, GA 30189


Mortgage Electr. Reg. Systems
PO Box 2026
Flint, MI 48501

National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122


Nepetiti Williams
5034 Austell Powder Springs Rd
Austell, GA 30106


Nia Hazel
2764 Whitewater Ct
Austell, GA 30106


Norris Lake Comm Benefits Corp
c/o OneWealth Prop. Mnmgt, LLC
8320 Norris Lake Road
Snellville, GA 30039


Patsy Mae
2610 Northfield Ct SW
College Park, GA 30349


Robertson, Anschutz Schneid
13010 Morris Road
Suite 450
Alpharetta, GA 30004


Robertson, Anschutz, Schneid
13010 Morris Road
Suite 450
Alpharetta, GA 30004


Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071


Russel Keith
1744 Nathan Lane
Austell, GA 30168

Shanrrika White
6288 Lobelia Rd SW
Mableton, GA 30126


Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603


Sofia Montoya Castro
5041 Towne Lake Hills N
Woodstock, GA 30189


SPS SelectPortfolio Srvcng Inc
PO Box 65250
Salt Lake City, UT 84165


Sweetwater Valley Condo. Assc.
c/o Lueder Larkin & Hunter LLC
5900 Windward Parkway Ste 390
Alpharetta, GA 30005


Tawana Freeman
865 Old Rocky Rd
Atlanta, GA 30349


Toorak Capital Partners, LLC
15 Maple Street
Second Floor
West Summit, NJ 07901


Tracy Hollay
6405 Kensington Ct
Powder Springs, GA 30106


U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlnata, GA 30303

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530


U.S. Bank N.A. as Trustee
c/o Fay Servicing, Inc.
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234


U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203


US Bank Trust N.A. as Trustee
c/o Fay Servicing, LLC
425 S Finan. Place, Ste 2000
Chicago, IL 60605


White Road Capital LLC
10 W 37th Street
RM 602
New York, NY 10018


Wilmington Savings Fund Scty
FSB as Trustee c/o Fay Srvcng
425 S Financial Pl, Suite 2000
Chicago, IL 60605


Wilmington Savings Fund Scty
FSB, Trustee, co SelectPrtflio
3217 S Decker Lake Drive
Salt Lake City, UT 84119